Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | NB Loft Vue DST |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known): | 21-32292 |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Apartments.com<br>2563 COLLECTION CENTER DR<br>Chicago, IL 60693 | | | | | | $8,290.28 |
| C.K. Painting, Inc<br>505 W FELIX ST<br>Fort Worth, TX 76115-3405 | | | | | | $10,525.00 |
| Conservice, LLC<br>PO Box 4696<br>Logan, UT 84323-4696 | | | | | | $4,405.90 |
| Conservice, LLC (utilities)<br>PO BOX 4696<br>Logan, UT 84323 | | | | | | $16,854.85 |
| Digital Ignite LLC<br>1049 MORRISON DR STE 201<br>Charleston, SC 29403-3875 | | | | | | $9,000.00 |
| Dixie Carpet Installations, Inc<br>13450 S Gessner<br>Missouri City, TX 77489-1096 | | | | | | $17,368.10 |
| Geary, Porter & Donovan, P.C.<br>16475 DALLAS PKWY<br>STE 400<br>Addison, TX 75001 | | | | | | $7,344.16 |
| Good Guy Flooring<br>2420 McIver Lane<br>Ste 102<br>Carrollton, TX 75006 | | | | | | $3,771.52 |

Debtor **NB Loft Vue DST**
Name

Case number *(if known)* **21-32292**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Gradrent, LLC<br>555 FAYETTEVILLE ST<br>STE 201<br>Raleigh, NC 27601 | | | | | | $1,375.00 |
| Granite Telecommunications, LLC<br>P.O. Box 983119<br>Boston, MA 02298 | | | | | | $1,549.30 |
| HD Supply Facilities Maintenance<br>PO Box 509058<br>San Diego, CA 92150 | | | | | | $6,918.47 |
| Hillhouse Power Solutions, Inc.<br>7164 CHELSEA DR<br>North Richland Hills, TX 76180-1600 | | | | | | $3,000.00 |
| Kirton McConkie<br>PO BOX 45120<br>Salt Lake City, UT 84145-0120 | | | | | | $5,183.10 |
| Landscapes USA<br>11849 Rim Rock Trail<br>Austin, TX 78737 | | | | | | $2,493.09 |
| Octagon Building Care<br>PO BOX 93<br>Bedford, TX 76095-0093 | | | | | | $12,074.89 |
| Ryan, LLC<br>PO Box 848351<br>Dallas, TX 75284-8351 | | | | | | $13,479.90 |
| Shipman Fire Service, Inc.<br>1020 LA JOLLA POINTE DR<br>Rockwall, TX 75087-6763 | | | | | | $16,537.44 |
| Spectrum<br>PO Box 94188<br>Palatine, IL 60094-4188 | | | | | | $17,798.63 |
| Staples Advantage Dept DAL<br>PO Box 660409<br>Dallas, TX 75266-0409 | | | | | | $2,396.96 |

Debtor **NB Loft Vue DST**
Name

Case number *(if known)* **21-32292**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **University Sport Publications**<br>**570 Elmont Road**<br>**Elmont, NY 11003** | | | | | | **$11,000.00** |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 3

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy