| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **NB Loft Vue DST** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | 21-32292 |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

**Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Citizens Community Bank | Sources | 3657 | $12,812.00 |
| 3.2. | CItizens Community Bank | Distributions | 3797 | $522.54 |
| 3.3. | Citizens Community Bank | Operating | 3452 | $45,690.27 |
| 3.4. | Citizens Community Bank | Security Deposits | 3657 | $1,313.63 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**      **$60,338.44**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**

| Debtor | NB Loft Vue DST | Case number (If known) | 21-32292 |
|---|---|---|---|
| | Name | | |

Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   8.1.  **Insurance escrow - Fannie Mae**                                                                                       $38,602.54

   8.2.  **Tax escrow - Fannie Mae**                                                                                              $39,023.81

9. **Total of Part 2.**                                                                                                          $77,626.35
   Add lines 7 through 8. Copy the total to line 81.

**Part 3:  Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ☑ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:      176.91           -          0.00          = ....        $176.91
                                face amount                doubtful or uncollectible accounts

    11b. Over 90 days old:       68,031.88          -          0.00          = ....        $68,031.88
                                face amount                doubtful or uncollectible accounts

12. **Total of Part 3.**                                                                                                          $68,208.79
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:  Investments**

13. **Does the debtor own any investments?**

    ☑ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

**Part 5:  Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No.  Go to Part 6.
    ☐ Yes Fill in the information below.

**Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:  Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ☑ Yes Fill in the information below.

| Debtor | NB Loft Vue DST | Case number (If known) | 21-32292 |
|---|---|---|---|
| | Name | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Furnishings for apartments, common areas and management office, and appliances in apartments | Unknown | Recent cost | $257,294.01 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Office equipment, computers, and communications equipment | Unknown | | Unknown |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | | | $257,294.01 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  3125 McCart Ave., Fort Worth, TX 76110 | Fee simple | Unknown | Appraisal (2015) | $17,700,000.00 |

| Debtor | NB Loft Vue DST | Case number (If known) 21-32292 |
|---|---|---|
| | Name | |

**56. Total of Part 9.** $17,700,000.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** loftvueliving.com | Unknown | | Unknown |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** Mailing lists - enrolled students and prospective tenants | Unknown | | Unknown |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.** $0.00

Add lines 60 through 65. Copy the total to line 89.

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

### Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **NB Loft Vue DST**    Case number *(If known)*  **21-32292**
         Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $60,338.44 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $77,626.35 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $68,208.79 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $257,294.01 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.........>* | | $17,700,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $463,467.59 | + 91b. $17,700,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $18,163,467.59 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **NB Loft Vue DST** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | 21-32292 |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A — Amount of claim (Do not deduct the value of collateral.) | Column B — Value of collateral that supports this claim |
|---|---|---|

**2.1** **Fannie Mae**
Creditor's Name

1100 15th Street
Washington, DC 20005
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**9/30/2016**
Last 4 digits of account number
**9184**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All real and personal property of the Debtor**

Describe the lien
**Deed of Trust/Security Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

Amount: **$10,712,000.00**   Value: **Unknown**

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$10,712,000.00**

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Berkeley Point Capital, LLC d/b/a Newmark Knight Frank<br>8 Springhouse Innovation Park<br>Suite 200<br>Lower Gwynedd, PA 19002 | Line **2.1** | |

| Debtor | **NB Loft Vue DST** | Case number (if known) | **21-32292** |
|---|---|---|---|
| | Name | | |

**Daniel J. Ferretti**
**Baker, Donelson, Bearman, Caldwell**
**& Berkowitz, PC**
**1301 McKinney St., Suite 3700**
**Houston, TX 77010**

Line  **2.1**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **NB Loft Vue DST** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | 21-32292 |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     |     | Total claim | Priority amount |
|-----|-----|-----|-------------|-----------------|
| 2.1 | Priority creditor's name and mailing address<br>**Tarrant County Tax Assessor**<br>**110 E. Weatherford St.**<br>**Fort Worth, TX 76196**<br><br>Date or dates debt was incurred<br>**2020-2021**<br><br>Last 4 digits of account number **8601**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>Property Taxes<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | | **Unknown** | **Unknown** |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|     |     |     | Amount of claim |
|-----|-----|-----|-----------------|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Amazon Capital Services, Inc.**<br>**PO Box 035184**<br>**Seattle, WA 98124-5184**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | | **$237.65** |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Answer360 Telecommunications**<br>**2625 8TH AVE**<br>**Fort Worth, TX 76110**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | | **$677.74** |

Debtor  **NB Loft Vue DST**  Case number (if known)  **21-32292**
Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,290.28 |
|---|---|---|---|
| | **Apartments.com**<br>**2563 COLLECTION CENTER DR**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $566.60 |
|---|---|---|---|
| | **AT&T**<br>**PO BOX 105262**<br>**Atlanta, GA 30348** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,525.00 |
|---|---|---|---|
| | **C.K. Painting, Inc**<br>**505 W FELIX ST**<br>**Fort Worth, TX 76115-3405** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,405.90 |
|---|---|---|---|
| | **Conservice, LLC**<br>**PO Box 4696**<br>**Logan, UT 84323-4696** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,426.23 |
|---|---|---|---|
| | **Conservice, LLC (utilities)**<br>**PO BOX 4696**<br>**Logan, UT 84323** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|
| | **Digital Ignite LLC**<br>**1049 MORRISON DR**<br>**STE 201**<br>**Charleston, SC 29403-3875** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,368.10 |
|---|---|---|---|
| | **Dixie Carpet Installations, Inc**<br>**13450 S Gessner**<br>**Missouri City, TX 77489-1096** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $748.00 |
|---|---|---|---|
| | **Double D Fire, Inc.**<br>**PO BOX 2695**<br>**Forney, TX 75126** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| Debtor | NB Loft Vue DST | Case number (if known) | 21-32292 |
|---|---|---|---|
| | Name | | |

| 3.11 | **Nonpriority creditor's name and mailing address**<br>Fort Worth Pest & Termite Services<br>4621 S COOPER ST<br># 131-211<br>Arlington, TX 76017<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ☑ No  ☐ Yes | $1,610.31 |
|---|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>Geary, Porter & Donovan, P.C.<br>16475 DALLAS PKWY<br>STE 400<br>Addison, TX 75001<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ☑ No  ☐ Yes | $7,344.16 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>Good Guy Flooring<br>2420 McIver Lane<br>Ste 102<br>Carrollton, TX 75006<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ☑ No  ☐ Yes | $3,771.52 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>Gradrent, LLC<br>555 FAYETTEVILLE ST<br>STE 201<br>Raleigh, NC 27601<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ☑ No  ☐ Yes | $1,500.00 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>Granite Telecommunications, LLC<br>P.O. Box 983119<br>Boston, MA 02298<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ☑ No  ☐ Yes | $2,334.78 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>Great American Business Products<br>6701 CONCORD PARK DR<br>Houston, TX 77040<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ☑ No  ☐ Yes | $110.42 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>HD Supply Facilities Maintenance<br>PO Box 509058<br>San Diego, CA 92150<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ☑ No  ☐ Yes | $6,918.47 |

| Debtor | NB Loft Vue DST | Case number (if known) | 21-32292 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address**<br>Hico Distributing<br>2642 Andjon Dr<br>Dallas, TX 75220 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>Hillhouse Power Solutions, Inc.<br>7164 CHELSEA DR<br>North Richland Hills, TX 76180-1600 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,000.00 |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>Holmes, Robbie | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $632.29 |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>IRIO, Inc.<br>P.O. Box 2768<br>Frisco, TX 75034 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $387.00 |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>Junk King<br>5045 MARTIN LUTHER KING FWY<br>Fort Worth, TX 76119-4169 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,082.50 |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>Kirton McConkie<br>PO BOX 45120<br>Salt Lake City, UT 84145-0120 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,183.10 |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>Landscapes USA<br>11849 Rim Rock Trail<br>Austin, TX 78737 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,950.18 |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>Law Offices of Kirk A. Cullimore<br>12339 South 800 East<br>Suite 100<br>Draper, UT 84020 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | Unknown |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | NB Loft Vue DST | Case number (if known) | 21-32292 |
|---|---|---|---|
| | Name | | |

| 3.26 | **Nonpriority creditor's name and mailing address** <br> Lowe's Pro Supply <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br> Is the claim subject to offset? ☑ No  ☐ Yes | $1,204.91 |
|---|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address** <br> Mars Carpet Cleaning LLC <br> PO BOX 185638 <br> Fort Worth, TX 76181 <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br> Is the claim subject to offset? ☑ No  ☐ Yes | $2,483.27 |
| 3.28 | **Nonpriority creditor's name and mailing address** <br> Mars Housekeeping, LLC <br> PO BOX 185638 <br> Fort Worth, TX 76181 <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br> Is the claim subject to offset? ☑ No  ☐ Yes | $687.40 |
| 3.29 | **Nonpriority creditor's name and mailing address** <br> Mars HVAC Plumbing & Electrical <br> PO BOX 185638 <br> Fort Worth, TX 76181 <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br> Is the claim subject to offset? ☑ No  ☐ Yes | $895.00 |
| 3.30 | **Nonpriority creditor's name and mailing address** <br> Mars Resurfacing, LLC <br> PO BOX 185638 <br> Fort Worth, TX 76181 <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br> Is the claim subject to offset? ☑ No  ☐ Yes | $898.00 |
| 3.31 | **Nonpriority creditor's name and mailing address** <br> McCrainey, Mandel <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br> Is the claim subject to offset? ☑ No  ☐ Yes | $400.00 |
| 3.32 | **Nonpriority creditor's name and mailing address** <br> Morris Elevator Inspections, Inc. <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br> Is the claim subject to offset? ☑ No  ☐ Yes | $500.00 |
| 3.33 | **Nonpriority creditor's name and mailing address** <br> Octagon Building Care <br> PO BOX 93 <br> Bedford, TX 76095-0093 <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br> Is the claim subject to offset? ☑ No  ☐ Yes | $12,074.89 |

| Debtor | NB Loft Vue DST | Case number (if known) | 21-32292 |
|---|---|---|---|

| 3.34 | **Nonpriority creditor's name and mailing address**<br>Ready Refresh<br>PO Box 856680<br>Louisville, KY 40285 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $268.93 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address**<br>Ryan, LLC<br>PO Box 848351<br>Dallas, TX 75284-8351 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,479.90 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address**<br>Shipman Fire Service, Inc.<br>1020 LA JOLLA POINTE DR<br>Rockwall, TX 75087-6763 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $32,383.82 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address**<br>Slapshak, Margaret | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $919.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address**<br>Spectrum<br>PO Box 94188<br>Palatine, IL 60094-4188 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $19,926.60 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address**<br>Staples Advantage<br>Dept DAL<br>PO Box 660409<br>Dallas, TX 75266-0409 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,396.96 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address**<br>The Sherwin-Williams Co.<br>2821 Gulf Freeway<br>Houston, TX 77003 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,296.59 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address**<br>Toplin, Briana | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,898.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ☑ No ☐ Yes | |

Debtor   **NB Loft Vue DST**            Case number (if known)   21-32292
         Name

| 3.42 | **Nonpriority creditor's name and mailing address**<br>University Sport Publications<br>570 Elmont Road<br>Elmont, NY 11003 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address**<br>Waste Connections Inc<br>PO Box 162479<br>Fort Worth, TX 76161 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,055.83 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address**<br>Winstar Marketing | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $212.96 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.   Add the amounts of priority and nonpriority unsecured claims.**

|   |   | **Total of claim amounts** |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 219,052.29 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 219,052.29 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **NB Loft Vue DST** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | 21-32292 |

☐ Check if this is an amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
| | State the term remaining | **Terminates - 1/25/2023** | **Marcus Cable Associates, LLC**<br>**Charter Communications**<br>**Attn: Legal Operations**<br>**12405 Powerscourt Drive**<br>**Saint Louis, MO 63131** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name: **NB Loft Vue DST**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known): 21-32292

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**  |  *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Brian Nelson | 130 Vantis Dirve, Suite 160<br>Aliso Viejo, CA 92656 | Fannie Mae | ☑ D ____<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | Nelson Brothers Professional Real Estate, LLC | 180 Avenida La Pata, 2nd Floor<br>San Clemente, CA 92673 | Fannie Mae | ☑ D ____<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | Patrick Nelson | 104 Via Almodovar<br>San Clemente, CA 92672 | Fannie Mae | ☑ D ____<br>☐ E/F ____<br>☐ G ____ |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **NB Loft Vue DST** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | 21-32292 |

☐ Check if this is an amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................... $ 17,700,000.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................................... $ 463,467.59

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................................... $ 18,163,467.59

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ 10,712,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ Unknown

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$ 219,052.29

4. **Total liabilities** ...................................................................................................................
    Lines 2 + 3a + 3b    $ 10,931,052.29

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | NB Loft Vue DST |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | 21-32292 |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  August 3, 2021    X  /s/ Patrick Nelson
                                  Signature of individual signing on behalf of debtor

                                  **Patrick Nelson**
                                  Printed name

                                  **Authorized Representative**
                                  Position or relationship to debtor