| Fill in this information to identify the case: | |
|---|---|
| Debtor name | NB Vue Mac DST |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | 21-32291 |

☐ Check if this is an amended filing

Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor — Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Citizens Community Bank | Operating | 7614 | $99,011.81 |
| 3.2. | Citizens Community Bank | Security Deposits | 7665 | $1,739.38 |
| 3.3. | Citizens Community Bank | Distributions | 1972 | $560.98 |
| 3.4. | Citizens Community Bank | Sources | 1778 | $90.59 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**    $101,402.76
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes Fill in the information below.

7. Deposits, including security deposits and utility deposits

Debtor   **NB Vue Mac DST**　　　　　　　　　　　　　　　Case number *(If known)* **21-32291**
　　　　　Name

Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   | 8.1. | **Insurance Escrow - Fannie Mae** | $110,678.28 |
   |---|---|---|

   | 8.2. | **Tax Escrow - Fannie Mae** | $203,059.23 |
   |---|---|---|

9. **Total of Part 2.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　$313,737.51
   Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ☑ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

   ☑ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☑ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☑ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Furnishings for apartments, common areas and management office, and appliances in apartments** | Unknown | Recent cost | $607,353.89 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and**

Debtor **NB Vue Mac DST**
Name

Case number *(If known)* 21-32291

| Office equipment, computers, and communications equipment | | | |
|---|---|---|---|
| communication systems equipment and software | Unknown | | Unknown |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                                                                                             $607,353.89
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑ No. Go to Part 9.
    ☐ Yes Fill in the information below.

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **4460 S. MacGregor Way, Houston, TX, 77021** | Fee simple | Unknown | Appraisal (2015) | $36,300,000.00 |

56. **Total of Part 9.**                                                                                                                                             $36,300,000.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

Official Form 206A/B           Schedule A/B Assets - Real and Personal Property           page 3

Debtor  **NB Vue Mac DST**          Case number *(If known)* **21-32291**
Name

- [ ] No. Go to Part 11.
- [x] Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | | | |
| 61. Internet domain names and websites  vuecollegeliving.com | Unknown | | Unknown |
| 62. Licenses, franchises, and royalties | | | |
| 63. Customer lists, mailing lists, or other compilations  Mailing lists - enrolled students and/or prospective tenants | Unknown | | Unknown |
| 64. Other intangibles, or intellectual property | | | |
| 65. Goodwill | | | |

66. **Total of Part 10.**                                                                                                       **$0.00**
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    - [x] No
    - [ ] Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - [x] No
    - [ ] Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - [x] No
    - [ ] Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

- [ ] No. Go to Part 12.
- [x] Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

    **Appeal of property taxes - Harris County (pending)**          Tax year **2020**                          **Unknown**

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Debtor    **NB Vue Mac DST**
          Name

Case number *(If known)*    **21-32291**

| | | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.** <br> Add lines 71 through 77. Copy the total to line 90. | **$0.00** |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** <br> ☑ No <br> ☐ Yes | |

Debtor   **NB Vue Mac DST**                               Case number *(If known)*  **21-32291**
         Name

### Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $101,402.76 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $313,737.51 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $607,353.89 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9...........................................................>* | | $36,300,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,022,494.16  + 91b. | $36,300,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $37,322,494.16 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | NB Vue Mac DST |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | 21-32291 |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☑ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Fannie Mae**<br>Creditor's Name<br><br>1100 15th Street<br>Washington, DC 20005<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**12/18/2015**<br>Last 4 digits of account number<br>**6789**<br>Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**All real and personal property of the Debtor**<br><br>Describe the lien<br>**Deed of Trust/Security Agreement**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $23,265,000.00 | Unknown |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $23,265,000.00

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Berkeley Point Capital, LLC**<br>**One Beacon Street**<br>**14th Floor**<br>**Boston, MA 02108** | Line **2.1** | |
| **Daniel J. Ferretti**<br>**Baker, Donelson, Bearman, Caldwell & Berkowitz, PC**<br>**1301 McKinney St., Suite 3700**<br>**Houston, TX 77010** | Line **2.1** | |

**Fill in this information to identify the case:**

Debtor name: **NB Vue Mac DST**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known): 21-32291

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>**Harris County**<br>**P.O. Box 922004**<br>**Houston, TX 77292**<br><br>Date or dates debt was incurred **2020-2021**<br>Last 4 digits of account number **3543**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | **Unknown** | **Unknown** |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**ADT LLC/ADT Security Services**<br>**1501 Yamato Road**<br>**Boca Raton, FL 33431**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$51.56** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Affordable Quality Electric**<br>**7814 FULTON ST**<br>**Houston, TX 77022-3605**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$230.15** |

| Debtor | NB Vue Mac DST | Case number (if known) | 21-32291 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.3 | **Nonpriority creditor's name and mailing address**<br>All Season Carpet Care<br>14006 BLUE FALLS DR<br>Sugar Land, TX 77498-1747 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,155.66 |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>American Elevator Inspections<br>PO BOX 2709<br>Baytown, TX 77522 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $330.00 |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>Apartments.com<br>2563 COLLECTION CENTER DR<br>Chicago, IL 60693 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,836.00 |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>Berkeley Point Capital, LLC<br>One Beacon Street<br>14th Floor<br>Boston, MA 02108 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | Unknown |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>BG Multifamily<br>PO Box 660282<br>Dallas, TX 75266 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,297.30 |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>Blue Pine Construction Corp<br>4857 W 147TH ST<br>STE D<br>Hawthorne, CA 90250-6735 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,970.00 |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>Bryson, Amal | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,291.52 |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>Century Fire Protection Houston Inc<br>PO BOX 419<br>Pinehurst, TX 77362-0419 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,614.00 |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | NB Vue Mac DST | Case number (if known) | 21-32291 |
|---|---|---|---|

| 3.11 | **Nonpriority creditor's name and mailing address**<br>**City of Houston, Dept of Public Wor**<br>**1002 Wasthing Ave**<br>**4th Floor**<br>**Houston, TX 77002**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ☑ No ☐ Yes | $148.20 |
|---|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Coastal Compaction**<br>**PO BOX 21167**<br>**Houston, TX 77226**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ☑ No ☐ Yes | $3,346.16 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Collins, Kennedy**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ☑ No ☐ Yes | $440.72 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Community Controls**<br>**2480 S 3850 W**<br>**Suite A**<br>**Salt Lake City, UT 84120**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ☑ No ☐ Yes | $1,984.50 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Conservice, LLC**<br>**PO Box 4696**<br>**Logan, UT 84323-4696**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ☑ No ☐ Yes | $7,334.07 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Conservice, LLC (utilities)**<br>**PO BOX 4696**<br>**Logan, UT 84323**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ☑ No ☐ Yes | $73,878.29 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Cort Furniture Rental**<br>**PO BOX 17401**<br>**Baltimore, MD 21297**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ☑ No ☐ Yes | $71.54 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Def-Smith, Emerald**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ☑ No ☐ Yes | $150.75 |

| Debtor | NB Vue Mac DST | Case number (if known) | 21-32291 |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,000.00 |
|---|---|---|---|
| | Digital Ignite LLC<br>1049 MORRISON DR<br>STE 201<br>Charleston, SC 29403-3875 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $982.98 |
|---|---|---|---|
| | Entrata | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,684.50 |
|---|---|---|---|
| | Fernandez, Estefania | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $870.52 |
|---|---|---|---|
| | G.O. Plumbing Services, Inc.<br>13602 LUTHE RD<br>Houston, TX 77039-2818 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | Gateman, Inc.<br>PO BOX 270160<br>Houston, TX 77277 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $409.53 |
|---|---|---|---|
| | GCS Backflow Services, Inc.<br>8524 Hwy 6 North #274<br>Houston, TX 77095 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $291.63 |
|---|---|---|---|
| | Granite Telecommunications, LLC<br>P.O. Box 983119<br>Boston, MA 02298 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,728.79 |
|---|---|---|---|
| | Grid<br>5526 RIDGEDALE AVE<br>Dallas, TX 75206-6014 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

Debtor  **NB Vue Mac DST**  Case number (if known)  **21-32291**

| | | |
|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address**<br>HD Supply Facilities Maintenance<br>PO Box 509058<br>San Diego, CA 92150 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$13,474.57** |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>Hillhouse Power Solutions, Inc.<br>7164 CHELSEA DR<br>North Richland Hills, TX 76180-1600 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,000.00** |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>Houston Fire & Security<br>15112 LEE RD STE 401<br>Humble, TX 77396-5402 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | **Unknown** |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>Inside Out Construction<br>PO Box 840246<br>Houston, TX 77084 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,155.00** |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>IRIO, Inc.<br>P.O. Box 2768<br>Frisco, TX 75034 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$400.52** |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>Jessica King | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$817.50** |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>Kirton McConkie<br>PO BOX 45120<br>Salt Lake City, UT 84145-0120 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,683.50** |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>Landscapes USA<br>11849 Rim Rock Trail<br>Austin, TX 78737 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,523.32** |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

Debtor  **NB Vue Mac DST**　　　　　　　　　　　　　　　　Case number (if known)  **21-32291**
　　　　Name

| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Not Just Gates**<br>**3118 FM 528 RD PMB 264**<br>**Webster, TX 77598-4507** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,188.75 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**O'Connor & Associates**<br>**2200 NORTH LOOP W STE 200**<br>**Houston, TX 77018** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $24,584.61 |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**PPG Architectural Coatings**<br>**PO Box 676340**<br>**Dallas, TX 75267-6340** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,943.22 |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Property Doctor Services LLC**<br>**PO BOX 184**<br>**Houston, TX 77001-0184** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $36,112.40 |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Refuse Specialists LLC**<br>**PO BOX 845122**<br>**Los Angeles, CA 90084-5122** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25.00 |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Reliable Fire Protection**<br>**6319 TULSA RD**<br>**Houston, TX 77092-6315** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,567.14 |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Ricoh USA, Inc.**<br>**PO BOX 660342**<br>**Dallas, TX 75266** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,743.07 |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Ryan, LLC**<br>**PO Box 848351**<br>**Dallas, TX 75284-8351** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,304.76 |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

Debtor  **NB Vue Mac DST**  Case number (if known)  **21-32291**
        Name

| | | |
|---|---|---:|
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Single Digits, Inc.**<br>**4 Bedford Farms**<br>**Suite 210**<br>**Bedford, NH 03110**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ☑ No  ☐ Yes | $114,785.85 |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Staples Advantage**<br>**PO Box 660409**<br>**Dallas, TX 75266-0409**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ☑ No  ☐ Yes | $242.95 |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**Terminix Commercial**<br>**PO Box 802155**<br>**Chicago, IL 60680-2131**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ☑ No  ☐ Yes | $478.46 |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**The Electrical Doctor Home Services**<br>**1601 Preston Rd**<br>**Pasadena, TX 77503**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ☑ No  ☐ Yes | $7,568.39 |
| 3.47 | **Nonpriority creditor's name and mailing address**<br>**The Sherwin-Williams Co.**<br>**5042 Trail Lake DR**<br>**Fort Worth, TX 76133-2028**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ☑ No  ☐ Yes | $1,465.79 |
| 3.48 | **Nonpriority creditor's name and mailing address**<br>**Vertti, Giancarlo**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ☑ No  ☐ Yes | $200.00 |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>**Washington, Corben D.**<br>**806 Truman Street**<br>**Hollandale, MS 38748**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ☑ No  ☐ Yes | $289.97 |
| 3.50 | **Nonpriority creditor's name and mailing address**<br>**Waste Management**<br>**4897 Alpha Dr**<br>**Suite 150**<br>**Wixom, MI 48393**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ☑ No  ☐ Yes | $3,002.98 |

| Debtor | NB Vue Mac DST | Case number (if known) | 21-32291 |
|---|---|---|---|
| | Name | | |

| 3.51 | Nonpriority creditor's name and mailing address<br>WE Security Inc.<br>2470 S DAIRY ASHFORD RD<br># 103<br>Houston, TX 77077-5716 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $47,595.36 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address<br>Williams, Misty<br>12500 Barker Cypress<br>#9304<br>Cypress, TX 77429 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $594.49 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address<br>Wilmar (Maintenance USA)<br>PO BOX 404284<br>Atlanta, GA 30384 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address<br>Winstar Marketing<br>PO Box 7231<br>Waco, TX 76714 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $900.03 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 446,746.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 446,746.00 |

**Fill in this information to identify the case:**

Debtor name: **NB Vue Mac DST**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known): 21-32291

☐ Check if this is an amended filing

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
| | State the term remaining | **Initial termination at 7/31/2020 - automatic renewal for successive (1) year terms** | **Airwave Networks, Inc.** <br> **1997 Annapolis Exchange Pkwy.** <br> **Suite 300** <br> **Annapolis, MD 21401** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** | |
| | State the term remaining | **Terminates - 3/1/2023** | **Coastal Compaction** <br> **2202 Kelley St.** <br> **Houston, TX 77026** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Account Form and Letter of Agency** | |
| | State the term remaining | **Unknown** | **Granite Telecommunications, LLC** <br> **P.O. Box 983119** <br> **Boston, MA 02298** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name: **NB Vue Mac DST**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known): 21-32291

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Brian Nelson | 130 Vantis Drive, Suite 160<br>Aliso Viejo, CA 92656 | Fannie Mae | ☑ D ____<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | Nelson Brothers Professional Real Estate, LLC | 180 Avenida La Pata, 2nd Floor<br>San Clemente, CA 92673 | Fannie Mae | ☑ D ____<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | Patrick Nelson | 104 Via Almodover<br>San Clemente, CA 92672 | Fannie Mae | ☑ D ____<br>☐ E/F ____<br>☐ G ____ |

Debtor  **NB Vue Mac DST**  Case number (if known) **21-32291**
Name

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | NB Vue Mac DST |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | 21-32291 |

☐ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals 12/15

**Part 1:** Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................  $ **36,300,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..........................................................................................  $ **1,022,494.16**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................................  $ **37,322,494.16**

**Part 2:** Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................  $ **23,265,000.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................  $ **Unknown**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................  +$ **446,746.00**

4. **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b                                                                                                              $ **23,711,746.00**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **NB Vue Mac DST** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | **21-32291** |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 3, 2021**     X **/s/ Patrick Nelson**
Signature of individual signing on behalf of debtor

**Patrick Nelson**
Printed name

**Authorized Representative**
Position or relationship to debtor