# DIP Budget
## NB Loft Vue, DST

| Account Name | August 26-31, 2021 | Sept 2021 |
|---|---:|---:|
| **Operating Expenses** | | |
| **Payroll Expenses** | | |
| Property Manager | 1,187.29 | 4,749.16 |
| Leasing Staff | 1,118.55 | 4,474.18 |
| Maintenance Staff | 1,846.67 | 7,386.67 |
| Community Assistants | 1,261.23 | 5,044.90 |
| Porter Staff | 250.00 | 1,000.00 |
| Benefits | 168.96 | 675.84 |
| Payroll Taxes | 640.12 | 2,560.49 |
| Temporary Employees / Contract Workers | 250.00 | 1,000.00 |
| **Payroll Expenses** | **6,722.81** | **26,891.24** |
| | | |
| **Utilities** | | |
| Electricity | 2,000.00 | 8,000.00 |
| Gas | 13.54 | 54.15 |
| Water & Sewer | 2,175.18 | 8,700.73 |
| Garbage & Recycling | 738.58 | 2,954.33 |
| Internet | 556.86 | 2,227.42 |
| Cable | 1,099.55 | 4,398.20 |
| Utility Management Service | 125.00 | 500.00 |
| **Utilities** | **6,708.71** | **26,834.83** |
| | | |
| **Contract Services** | | |
| Fire Alarm Monitoring | 75.00 | 300.00 |
| Elevator Service | 2,500.00 | 10,000.00 |
| **Contract Services** | **2,575.00** | **10,300.00** |
| | | |
| **Maintenance & Grounds** | | |
| Landscaping & Gardening | 1,000.00 | 4,000.00 |
| Pest Control | 50.00 | 200.00 |
| Janitorial Supplies & Services | 175.00 | 700.00 |
| General Maintenance | 250.00 | 1,000.00 |
| General Cleaning | 175.00 | 700.00 |
| **Maintenance & Grounds** | **1,650.00** | **6,600.00** |
| | | |
| **Repairs** | | |

Income Statement

| Account Name | August 26-31, 2021 | Sept 2021 |
|---|---:|---:|
| Appliance Repairs | 500.00 | 2,000.00 |
| HVAC Repairs | 750.00 | 3,000.00 |
| Equipment & Tools | 125.00 | 500.00 |
| Minor Building Repairs | 1,000.00 | 4,000.00 |
| Keys & Locks | 550.50 | 2,202.00 |
| Plumbing Repairs | 330.93 | 1,323.72 |
| Lightbulbs & Fixtures | 88.29 | 353.17 |
| General Repairs | 143.54 | 574.14 |
| **Repairs** | **3,488.26** | **13,953.03** |
| **Turnover Expenses** | | |
| Cleaning - Turnover | 1,000.00 | 3000 |
| Carpet Cleaning - Turnover | 1,000.00 | 3000 |
| Painting - Turnover | 1,500.00 | 4000 |
| **Turnover Expenses** | **3,500.00** | **10,000.00** |
| **General & Administrative** | | |
| Property Management Software | 125.00 | 500.00 |
| Tenant Screening Costs | 91.88 | 367.50 |
| Merchant Account Fees | 50.00 | 200.00 |
| Bank Fees | 12.50 | 50.00 |
| Office Telephone | 500.00 | 2,000.00 |
| Office Supplies | 100.00 | 500.00 |
| Computer Equipment & Supplies | 125.00 | 500.00 |
| Business Licenses & Permits | 50.00 | 200.00 |
| **General & Administrative** | **1,054.38** | **4,317.50** |
| **Advertising & Marketing** | | |
| Advertising & Promotion | 500.00 | 2,000.00 |
| Marketing - Entertainment | 125.00 | 500.00 |
| Online Advertising | 500.00 | 2,000.00 |
| Print Advertising | 25.00 | 100.00 |
| Refreshments | 100.00 | 400.00 |
| Resident Events & Entertainment | 250.00 | 500.00 |
| **Advertising & Marketing** | **1,500.00** | **5,500.00** |
| **Professional Fees** | **7,500.00** | **30,000.00** |
| **Operating Expenses** | **33,199.15** | **128,896.60** |

## DIP Budget
### NB Vue Mac, DST

| Account Name | August 26-31, 2021 | Sept 2021 |
|---|---:|---:|
| **Operating Expenses** | | |
| **Payroll Expenses** | | |
| Property Manager | 1,608.54 | 6,434.17 |
| Leasing Staff | 3,071.89 | 12,287.55 |
| Maintenance Staff | 2,177.89 | 8,711.56 |
| Community Assistants | 1,383.01 | 5,532.02 |
| Porter Staff | 250.00 | 1,000.00 |
| Benefits | 539.44 | 2,157.76 |
| Payroll Taxes | 791.51 | 3,166.02 |
| **Payroll Expenses** | **9,822.27** | **39,289.08** |
| | | |
| **Utilities** | | |
| Electricity | 2,395.35 | 9,581.41 |
| Water & Sewer | 1,025.16 | 4,100.64 |
| Garbage & Recycling | 375.00 | 1,500.00 |
| Internet | 1,500.00 | 6,000.00 |
| Cable | 800.00 | 3,200.00 |
| Utility Management Service | 375.00 | 1,500.00 |
| **Utilities** | **6,470.51** | **25,882.05** |
| | | |
| **Contract Services** | | |
| Fire Alarm Monitoring | 150.00 | 600.00 |
| Elevator Service | 375.00 | 1,500.00 |
| Security Service | 3,250.00 | 13,000.00 |
| Furniture Lease | 50.00 | 200.00 |
| **Contract Services** | **3,825.00** | **15,300.00** |
| | | |
| **Maintenance & Grounds** | | |
| Landscaping & Gardening | 375.00 | 1,500.00 |
| Pest Control | 1,000.00 | 4,000.00 |
| Janitorial Supplies & Services | 250.00 | 1,000.00 |
| General Cleaning | 250.00 | 1,000.00 |
| **Maintenance & Grounds** | **1,875.00** | **7,500.00** |
| | | |
| **Repairs** | | |
| HVAC Repairs | 125.00 | 500.00 |
| Equipment & Tools | 125.00 | 500.00 |
| Keys & Locks | 625.00 | 2,500.00 |
| Lightbulbs & Fixtures | 125.00 | 500.00 |
| General Repairs | 500.00 | 2,000.00 |
| **Repairs** | **1,500.00** | **6,000.00** |

| Account Name | August 26-31, 2021 | Sept 2021 |
|---|---:|---:|
| **Turnover Expenses** | | |
| Cleaning - Turnover | 7,500.00 | 30,000.00 |
| Carpet Cleaning - Turnover | 3,000.00 | 12,000.00 |
| Painting - Turnover | 15,000.00 | 60,000.00 |
| General Repairs - Turnover | 750.00 | 3,000.00 |
| **Turnover Expenses** | **26,250.00** | **105,000.00** |
| | | |
| **General & Administrative** | | |
| Property Management Software | 250.00 | 1,000.00 |
| Tenant Screening Costs | 150.00 | 600.00 |
| Merchant Account Fees | 253.71 | 1,014.84 |
| Office Telephone | 100.00 | 400.00 |
| Office Equipment Lease | 75.00 | 300.00 |
| **General & Administrative** | **828.71** | **3,314.84** |
| | | |
| **Advertising & Marketing** | | |
| Marketing - Entertainment | 1,250.00 | 5,000.00 |
| Online Advertising | 500.00 | 2,000.00 |
| Print Advertising | 250.00 | 1,000.00 |
| **Advertising & Marketing** | **2,000.00** | **8,000.00** |
| | | |
| **Professional Fees** | **7,500.00** | **30,000.00** |
| | | |
| **Operating Expenses** | **60,071.49** | **240,285.97** |