# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Thursday, September 16, 2021

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Thomas | Fawkes | Tucker Ellis LLP | NB Loft Vue, DST and NB Vue Mac, DST |
| Daniel | Ferretti | Baker Donelson | Fannie Mae |
| Andrew | Jimenez | U.S. Department of Justice | U.S. Trustee |
| Maria | Pietroforte | None | Nelson Partners LLC |