# United States Bankruptcy Court
## Southern District of Texas

In re  **NB Loft Vue DST**  
Debtor(s)

Case No.  **21-32292**  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Albert Yuan-Shi and Jo-Mei Kuo Lin Revocable Trust**<br>1568 Ardenwood Dr<br>San Jose, CA 95129 | | 0.616049% | **DST interests** |
| **Alpesh Babubhai Patel**<br>3759 Goldfinch Terrance<br>Fremont, CA 94555 | | 0.337783% | **DST interests** |
| **Braxton & Lisa Corley**<br>894 Randol Mill Ave<br>Keller, TX 76262 | | 0.659172% | **DST interests** |
| **Brian J. Nelson**<br>20 Enterprise Suite 400<br>Aliso Viejo, CA 92656 | | 0.459998% | **DST interests** |
| **Cathy Chen**<br>443 Gaven St<br>San Francisco, CA 94134 | | 0.397301% | **DST interests** |
| **Cauzza Condos, LLC**<br>21959 Mesa Grande Rd<br>Santa Ysabel, CA 92070 | | 3.377832% | **DST interests** |
| **Christain & Jody Owens**<br>5520 Hero Dr<br>Austin, TX 78735 | | 0.659172% | **DST interests** |
| **Christensen Family Trust**<br>1078 Tithing Hill Pl<br>Riverton, UT 84065 | | 0.431234% | **DST interests** |
| **Christopher Wahlgren**<br>16975 W. Sunset Blvd.<br>Pacific Palisades, CA 90272 | | 0.067557% | **DST interests** |
| **Clydene Johnson**<br>812 W Sunset<br>Grapevine, TX 76051 | | 0.988759% | **DST interests** |
| **Craig & Amy Henrichsen**<br>742 Armstrong Blvd<br>Coppell, TX 75019 | | 1.204760% | **DST interests** |

In re: **NB Loft Vue DST** Case No. **21-32292**
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Daniel & Dinah Rowland**<br>88 Village Lane, #250<br>Colleyville, TX 76034 | | 1.204760% | **DST interests** |
| **David & Beth Butterbaugh**<br>252 Heather Glen<br>Coppell, TX 75019 | | 0.197752% | **DST interests** |
| **David & Vanessa Rainwater**<br>11801 FM 724<br>Tyler, TX 75704 | | 0.301190% | **DST interests** |
| **Detroit Street Associates, LLC (Morris)**<br>PO Box 5146<br>Greenwood Village, CO 80155 | | 3.377832% | **DST interests** |
| **Equity Trust Company Custodian FBO Adam Gellert IRA**<br>1402 Vino Blanc Ct<br>Southlake, TX 76092 | | 0.659172% | **DST interests** |
| **Equity Trust Company Custodian FBO Amy Briggs IRA**<br>PO Box 451159<br>Westlake, OH 44145 | | 0.856924% | **DST interests** |
| **Equity Trust Company Custodian FBO Billy Burr IRA**<br>116 Terrace Verde Ct<br>Waxahachie, TX 75165 | | 0.329586% | **DST interests** |
| **Equity Trust Company Custodian FBO Carole Day IRA**<br>2716 Stonebar Court<br>Arlington, TX 76001 | | 1.193917% | **DST interests** |
| **Equity Trust Company Custodian FBO Catherine June Breach IRA**<br>PO Box 451159<br>Westlake, OH 44145 | | 0.659172% | **DST interests** |
| **Equity Trust Company Custodian FBO Clinton Snead IRA**<br>1214 Ashmoore Ct<br>Southlake, TX 76092 | | 0.659172% | **DST interests** |

| In re: | **NB Loft Vue DST** | Case No. | **21-32292** |
|---|---|---|---|
| | Debtor(s) | | |

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Equity Trust Company Custodian FBO Donald Kraemer IRA 113 Sapphire Lane Waxahachie, TX 75165** | | 0.461421% | **DST interests** |
| **Equity Trust Company Custodian FBO Ebony Wright IRA 5729 Lebanon Road #144-152 Frisco, TX 75034** | | 0.288540% | **DST interests** |
| **Equity Trust Company Custodian FBO James Alan Dennington IRA 937 Fall Creek Grapevine, TX 76501** | | 0.659172% | **DST interests** |
| **Equity Trust Company Custodian FBO James Taki IRA PO Box 451159 Westlake, OH 44145** | | 0.602380% | **DST interests** |
| **Equity Trust Company Custodian FBO Judy Wright IRA 601 W Wall St Grapevine, TX 76051** | | 0.355953% | **DST interests** |
| **Equity Trust Company Custodian FBO Julianne White IRA 2811 Southridge Dr Grapevine, TX 76051** | | 1.204760% | **DST interests** |
| **Equity Trust Company Custodian FBO Ken Karika IRA 621 Bridlewood S Colleyville, TX 76034** | | 0.197752% | **DST interests** |
| **Equity Trust Company Custodian FBO Kristen Murray IRA 2003 Kittiwake Ln Cedar Park, TX 78613** | | 1.317742% | **DST interests** |
| **Equity Trust Company Custodian FBO Laurie Wall IRA 5013 Preservation Ave. Colleyville, TX 76034** | | 0.421666% | **DST interests** |
| **Equity Trust Company Custodian FBO Linda Gromowsky Parrish IRA 8301 Pineridge Amarillo, TX 79119** | | 0.659172% | **DST interests** |

List of equity security holders consists of 8 total page(s)

| In re: | **NB Loft Vue DST** | | Case No. | **21-32292** |
|---|---|---|---|---|
| | | Debtor(s) | | |

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Equity Trust Company Custodian FBO Stepheni Fragale IRA PO Box 451159 Westlake, OH 44145** | | **0.602380%** | **DST interests** |
| **Equity Trust Company Custodian FBO Steven Hooser IRA 7816 Forest Hills Ct North Richland Hills, TX 76182** | | **1.318345%** | **DST interests** |
| **Erica Wahlgren 16975 W. Sunset Blvd. Pacific Palisades, CA 90272** | | **0.067557%** | **DST interests** |
| **Furniss Family Trust 6478 Frampton Cir Huntington Beach, CA 92648** | | **0.619269%** | **DST interests** |
| **Hamish Shah and Allison Tatlock Shah Revocable Living Trust 738 Mountain Rd Oakland, CA 94611** | | **1.125994%** | **DST interests** |
| **Harald Olafsson 8945 Sheffield Way Sandy, UT 84093** | | **1.125944%** | **DST interests** |
| **Heath & Shannon Carpenter 2016 Saddleback Pass Rd Keller, TX 76248** | | **0.301190%** | **DST interests** |
| **Helen A. Wilson Wahlgren 2311 Keats Place Carlsbad, CA 92008** | | **0.810680%** | **DST interests** |
| **Hongjie Liang 4616 Lage Dr San Jose, CA 95123** | | **0.562972%** | **DST interests** |
| **James Berryman 3603 S Walker Ave San Pedro, CA 90731** | | **2.814860%** | **DST interests** |
| **Jane Lin Li The Li Family Trust 19884 Charters Ave Saratoga, CA 95070** | | **0.320345%** | **DST interests** |

In re: **NB Loft Vue DST**  
Debtor(s)

Case No. **21-32292**

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jennifer Regan**<br>**1428 14th Street, #2**<br>**Santa Monica, CA 90409** | | **0.067557%** | **DST interests** |
| **Julie Lee Borden 2011 GST Trust**<br>**2004 Surrey Ln**<br>**McKinney, TX 75072** | | **0.659172%** | **DST interests** |
| **Lauren Kettle**<br>**12305 Bella Prato Drive**<br>**Fort Worth, TX 76126** | | **0.602380%** | **DST interests** |
| **Leonid Grossman**<br>**10433 Glenview Ave**<br>**Cupertino, CA 95014** | | **0.616049%** | **DST interests** |
| **Lieh-Wuu Wang**<br>**7644 Kirwin Ln**<br>**Cupertino, CA 95014** | | **0.562972%** | **DST interests** |
| **Mahesh & Shernaz Nasta**<br>**336 Waterview Dr**<br>**Coppell, TX 75019** | | **1.204760%** | **DST interests** |
| **Mainstar Buddy Holmes**<br>**5433 Clearview Drive**<br>**North Charleston, SC 29420** | | **0.616049%** | **DST interests** |
| **Marla Cox**<br>**6549 Westway Dr**<br>**The Colony, TX 75056** | | **0.361428%** | **DST interests** |
| **Mary Albin Trust**<br>**PO Box 42**<br>**Ninole, HI 96773** | | **2.286127%** | **DST interests** |
| **Matt & Melissa Ashabranner**<br>**822 Uluru Ave.**<br>**New Braunfels, TX 78132** | | **1.318345%** | **DST interests** |
| **Matthew Bowman**<br>**1320 Chicksaw Dr**<br>**Richardson, TX 75080** | | **0.602380%** | **DST interests** |
| **Melissa Nan**<br>**866 Markham Terrace**<br>**Sunnyvale, CA 94086** | | **0.289931%** | **DST interests** |

List of equity security holders consists of 8 total page(s)  
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re: **NB Loft Vue DST**  
Debtor(s)

Case No. **21-32292**

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michelle L. Wahlgren**<br>**1428 14th Street, #2**<br>**Santa Monica, CA 90409** | | **1.182241%** | **DST interests** |
| **Monika Deans**<br>**1247 Valley Vista**<br>**Grapevine, TX 76051** | | **1.318345%** | **DST interests** |
| **NB Housing Fund**<br>**20 Enterprise Suite 400**<br>**Aliso Viejo, CA 92656** | | **1.238538%** | **DST interests** |
| **Neal & Joanne Ingle**<br>**680 N Peytonville Ave**<br>**Southlake, TX 76092** | | **0.659172%** | **DST interests** |
| **Nelson Partners, LLC**<br>**180 Avenida La Pata, 2nd Floor**<br>**San Clemente, CA 92673** | | **2.873409%** | **DST interests** |
| **New Orleans Landmark, LLC**<br>**2906 Central St**<br>**Unit 204**<br>**Evanston, IL 60201** | | **4.938181%** | **DST interests** |
| **Nierat Family Trust**<br>**2041 Kingto Pl**<br>**Santa Clara, CA 95051** | | **0.281486%** | **DST interests** |
| **Phillip & Jeannette Parker**<br>**326 Pebblebrook Dr**<br>**Grapevine, TX 76051** | | **1.204760%** | **DST interests** |
| **Prelac**<br>**Premier Bank and Trust**<br>**North Canton, OH 44720** | | **1.232098%** | **DST interests** |
| **Renuka Patel**<br>**6461 Rolling Meadow Ct**<br>**San Jose, CA 95135** | | **1.232098%** | **DST interests** |
| **Reuter Famliy Trust**<br>**1115 Queen Anne Dr**<br>**San Jose, CA 95129** | | **2.268386%** | **DST interests** |
| **Richard C. Wahlgren**<br>**16975 W. Sunset Blvd.**<br>**Pacific Palisades, CA 90272** | | **1.182241%** | **DST interests** |

List of equity security holders consists of 8 total page(s)

In re: **NB Loft Vue DST**  
Debtor(s)

Case No. **21-32292**

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Rolnick Family Partnership**<br>333 Las Olas Way #2210<br>Fort Lauderdale, FL 33301 | | 0.616049% | **DST interests** |
| **SM Margassery**<br>5617 Yearly Rd<br>Plano, TX 75093 | | 1.647931% | **DST interests** |
| **Sparlon Hosiery Mills LLC**<br>30 Foresst Lake Dr<br>Asheville, NC 28803 | | 2.251888% | **DST interests** |
| **Stacy Daniels**<br>2350 State Highway 121<br>Apt. #3006<br>Euless, TX 76039 | | 0.659172% | **DST interests** |
| **Steven E. Moffat and<br>Liv O. Moffat**<br>5842 Fontaine Bleu Cir<br>Salt Lake City, UT 84121 | | 0.770061% | **DST interests** |
| **Ted & Betty Gellert**<br>2701 Purdue<br>Dallas, TX 75225 | | 0.659172% | **DST interests** |
| **The Albert Art Lim and Helen Li<br>Lim Family Trust dated 9/15/1998**<br>502 Gilbralter Ln<br>Foster City, CA 94404 | | 3.080245% | **DST interests** |
| **The Regalado Samarron Trust DTD 2/4/09**<br>1560 San Andreas Ave<br>San Jose, CA 95118 | | 0.337783% | **DST interests** |
| **Thomas Sharpe**<br>4424 Grange Rd<br>Santa Rosa, CA 95404 | | 2.464196% | **DST interests** |
| **Thompson Family Partnership**<br>5255 N Edgewood Dr.<br>Ste 200<br>Provo, UT 84604 | | 19.268966% | **DST interests** |
| **Tiger Temple 12, LLC**<br>PO Box 4607<br>Orange, CA 92863 | | 4.008360% | **DST interests** |

List of equity security holders consists of 8 total page(s)

In re: **NB Loft Vue DST**  Case No. **21-32292**

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Todd Condiff**<br>5806 Meadowcrest<br>Sachse, TX 75048 | | **0.616049%** | DST interests |
| **William Pavelski**<br>5009 Ridge View Ct<br>North Richland Hills, TX 76180 | | **0.602380%** | DST interests |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Authorized Representative** of the Delaware Statutory Trust named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **September 28, 2021**    Signature **/s/ Patrick Nelson**
   **Patrick Nelson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.