# United States Bankruptcy Court
## Southern District of Texas

In re **NB Vue Mac DST**  
Debtor(s)

Case No. **21-32291**  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Adline Mail Properties**<br>2100 Pennywinkle Branc Rd<br>Waverly, TN 37185 | | 3.5471% | **DST interests** |
| **Anne Hayden**<br>7558 Sunset Way<br>Aptos, CA 95003 | | 0.8145% | **DST interests** |
| **Anthony Zugich**<br>1773 Calle Catalina<br>San Dimas, CA 91773 | | 3.9349% | **DST interests** |
| **Arthur and Patricia Handy**<br>5103 Via Castilla<br>Oceanside, CA 92057 | | 1.5731% | **DST interests** |
| **Aveni Trust**<br>1094 Prouty Way<br>San Jose, CA 95129 | | 1.1243% | **DST interests** |
| **Bernie Kennedy**<br>6738 High Rd<br>Darien, IL 60561 | | 1.3925% | **DST interests** |
| **Bert & Barbara Marcum**<br>233 Grandview Dr<br>Redlands, CA 92373 | | 0.9669% | **DST interests** |
| **Bonnie Abrahamson Revocable Trust dated 4/24/2012**<br>30 Forest Lake Dr<br>Asheville, NC 28803 | | 0.5621% | **DST interests** |
| **Carol and Darrel Fager**<br>443 Archair Dr<br>Winter Haven, FL 33880 | | 1.9164% | **DST interests** |
| **Cecilia Ho**<br>1140 Ardsley Ct<br>Stockton, CA 95210 | | 0.6862% | **DST interests** |
| **Charles Cagnon**<br>200 2nd Avenue S #406<br>Saint Petersburg, FL 33701 | | 2.1564% | **DST interests** |

| In re: | NB Vue Mac DST | | Case No. | 21-32291 |
|---|---|---|---|---|
| | | Debtor(s) | | |

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Christensen Family Trust**<br>**1078 Tithin Hill Pl**<br>**Riverton, UT 84065** | | 1.6298% | **DST interests** |
| **Christopher Chow (Living Trust)**<br>**2065 Rockport Ave**<br>**Redwood City, CA 94065** | | 0.2499% | **DST interests** |
| **Conrad Sun and Elizabeth Sun**<br>**1258 Quail Gardens Ct**<br>**Encinitas, CA 92024** | | 0.6248% | **DST interests** |
| **Daivd Reed (Monica Hickson)**<br>**9560 Neumann Cir**<br>**Ypsilanti, MI 48197** | | 1.3508% | **DST interests** |
| **Daniel Coupland and Deborah Stimmle**<br>**Deborah Stimmle**<br>**3240 Brittan Ave**<br>**San Carlos, CA 94070** | | 0.6875% | **DST interests** |
| **DMEP Meadow Green TIC 1, LLC**<br>**- Gil McCoy**<br>**1022 Bayswater Ave**<br>**San Mateo, CA 94401** | | 0.5509% | **DST interests** |
| **Donna Fort**<br>**319 San Remo**<br>**Palm Desert, CA 92260** | | 0.9556% | **DST interests** |
| **Dr. Anoop Kirti Shah**<br>**7571 Coastal View Dr**<br>**Los Angeles, CA 90045** | | 0.1405% | **DST interests** |
| **Ed and Esther Lee**<br>**34042 Cambridge Rd**<br>**Dana Point, CA 92629** | | 0.4094% | **DST interests** |
| **Edward K. Agnew**<br>**35991 Elaine Way**<br>**Yucaipa, CA 92399** | | 1.4053% | **DST interests** |
| **Edward M. Pollock**<br>**611 S Palm Canyon Dr #7516**<br>**Palm Springs, CA 92264** | | 0.6248% | **DST interests** |

| In re: | **NB Vue Mac DST** | | Case No. | **21-32291** |
|---|---|---|---|---|
| | | Debtor(s) | | |

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Eulalia Almada Melo**<br>290 Delia St<br>San Jose, CA 95127 | | 0.1405% | **DST interests** |
| **Frank R. Randall Living Trust (B)**<br>511 Via Lido Soud<br>Newport Beach, CA 92663 | | 14.0533% | **DST interests** |
| **Frantz Trust**<br>203 Rainbow Dr #10367<br>Livingston, TX 77399 | | 0.6248% | **DST interests** |
| **Gary Malloy - Cove Road**<br>33 Glen Hills Dr<br>Cranston, RI 02920 | | 2.9751% | **DST interests** |
| **George Wong**<br>1005 Hignlands Cir<br>Los Altos, CA 94024 | | 0.2279% | **DST interests** |
| **Hamish Shah**<br>738 Mountain Rd<br>Oakland, CA 94611 | | 0.8432% | **DST interests** |
| **Henry Eisenson Trust**<br>4691 Cordoba Way<br>Oceanside, CA 92056 | | 1.1243% | **DST interests** |
| **Hulings-Soriano Trust dated 12/19/2006**<br>PO Box 390039<br>San Diego, CA 92149 | | 0.2946% | **DST interests** |
| **James Pockross 1671 Prospect, LLC**<br>201 Heather Ln<br>Wilmette, IL 60091 | | 1.8185% | **DST interests** |
| **Janis Sue Cerasani**<br>6885 Rose Hill Rd<br>Port Tobacco, MD 20677 | | 2.4801% | **DST interests** |
| **Jessica Haigh**<br>10336 Loch Lomond #102<br>Middletown, CA 95461 | | 0.5621% | **DST interests** |
| **Jim Prockross 1653 Prospect**<br>201 Heather Ln<br>Wilmette, IL 60091 | | 2.3947% | **DST interests** |

| In re: | **NB Vue Mac DST** | Case No. | **21-32291** |
|---|---|---|---|
| | Debtor(s) | | |

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **John Radintz**<br>**17690 101 Avenue N**<br>**Maple Grove, MN 55311** | | **1.7749%** | **DST interests** |
| **Judith M. Judson-Baker**<br>**4085 Penny Ln**<br>**Vallejo, CA 94591** | | **0.5621%** | **DST interests** |
| **Kathleen Mascari**<br>**6800 Owens Mouth Ste #230**<br>**Canoga Park, CA 91303** | | **2.1755%** | **DST interests** |
| **Kaz Shiozawa**<br>**10928 SE Lenore St**<br>**Happy Valley, OR 97086** | | **0.6248%** | **DST interests** |
| **Ken Schone and Julia Schone**<br>**105 Tearose**<br>**Irvine, CA 92603** | | **0.8432%** | **DST interests** |
| **Kenneth L. Olevson and Pamela S. Olevson**<br>**1624 Crow Ct**<br>**Sunnyvale, CA 94087** | | **0.2143%** | **DST interests** |
| **Leonid Grossman**<br>**10433 Glenview ave**<br>**Cupertino, CA 95014** | | **0.8685%** | **DST interests** |
| **Lillian W. Guzy**<br>**9210 Fieldstone Drive**<br>**Mount Arlington, NJ 07856** | | **0.2811%** | **DST interests** |
| **Linda Nelson (Tyler Nelson)**<br>**2931 Pueblo Ct.**<br>**Maryville, TN 37803** | | **0.6169%** | **DST interests** |
| **LJS, LLC**<br>**11028 E Ajave Dr B1 #25**<br>**Scottsdale, AZ 85262** | | **0.8642%** | **DST interests** |
| **Lloyd W. Nagle**<br>**9841 Jamaica Cir**<br>**Huntington Beach, CA 92646** | | **0.7282%** | **DST interests** |
| **Martha Tsien and Dar-Sun Tsien**<br>**585 Almond Ave**<br>**Los Altos, CA 94022** | | **0.1405%** | **DST interests** |

| In re: | **NB Vue Mac DST** | | Case No. | **21-32291** |
|---|---|---|---|---|
| | | Debtor(s) | | |

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Matt and Kim Furniss**<br>**4170 Tarrybrae Terrace**<br>**Tarzana, CA 91356** | | 0.1405% | **DST interests** |
| **Michael Schoendorf**<br>**13145 Byrd Ln**<br>**Los Altos Hills, CA 94022** | | 0.1562% | **DST interests** |
| **Mitchell Levine**<br>**21 Bedford Ln**<br>**Lincoln, MA 01773** | | 0.6858% | **DST interests** |
| **NB Chateau Sera TIC 2, LLC - North Mesa**<br>**658 Copperfield Lance**<br>**El Paso, TX 79912** | | 0.0577% | **DST interests** |
| **NB Chateau Sera TIC 2, LLC - North Mesa**<br>**658 Copperfield Lance**<br>**El Paso, TX 79912** | | 1.2034% | **DST interests** |
| **NB Chateau Sera TIC 4, LLC - Miskinyar**<br>**27090 Pacific Terrace Dr**<br>**Mission Viejo, CA 92692** | | 1.2581% | **DST interests** |
| **Nelson Brothers Chateau Sera Investors Units, LLC**<br>**130 Vantis Drive Ste 150**<br>**Aliso Viejo, CA 92656** | | 9.8279% | **DST interests** |
| **Nelson Partners, LLC**<br>**180 Avenida La Pata, 2nd Floor**<br>**San Clemente, CA 92673** | | 1.2367% | **DST interests** |
| **Nelson Partners, LLC**<br>**180 Avenida La Pata, 2nd Floor**<br>**San Clemente, CA 92673** | | 0.36109% | **DST interests** |
| **Peter K. Chui and Roseanna Chui**<br>**4125 Blackford Ave #200**<br>**San Jose, CA 95117** | | 1.9375% | **DST interests** |
| **Ray M. Atcherson and Holly Frye-Atcherson**<br>**725 Hillcrest Dr**<br>**Annapolis, MD 21409** | | 0.4393% | **DST interests** |

In re: **NB Vue Mac DST**  Case No. **21-32291**
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Richard A. Overbey Sr. Family Trust**<br>5108 Robins Perch Ln<br>Perry Hall, MD 21128 | | 0.9042% | **DST interests** |
| **Robert & Ann Lehman**<br>9708 Kingsport Pl<br>Bakersfield, CA 93306 | | 0.4871% | **DST interests** |
| **Robert A. Osborne**<br>37729 S. Skyline Dr<br>Tucson, AZ 85739 | | 0.8801% | **DST interests** |
| **Ron Kattas - NextHome Management**<br>6613 Peaceful Meadow Ln<br>Centreville, VA 20120 | | 0.1405% | **DST interests** |
| **Santa Ysabel Ranch, LLC**<br>21959 Mesa Grande Rd<br>Santa Ysabel, CA 92070 | | 2.2485% | **DST interests** |
| **Sheri Stevens**<br>11274 Canton Dr<br>Studio City, CA 91604 | | 0.2979% | **DST interests** |
| **Stephanie A. Ferguson and Neal J. Hyams**<br>1622 Vorhess Ave<br>Manhattan Beach, CA 90266 | | 1.5621% | **DST interests** |
| **Stephen A. Keene Revocable Trust**<br>c/o Stephen Keene<br>4115 17th St<br>San Francisco, CA 94114 | | 4.3584% | **DST interests** |
| **Sundru Moodley**<br>3699 S Albion St<br>Englewood, CO 80113 | | 2.0877% | **DST interests** |
| **Survivors Trust of the Griffith Family Trust**<br>28452 Calle Pinon<br>San Juan Capistrano, CA 92675 | | 0.3124% | **DST interests** |
| **Tao-Yang Hsieh**<br>217 Marich Way<br>Los Altos, CA 94022 | | 0.1609% | **DST interests** |

| In re: | **NB Vue Mac DST** | | Case No. | **21-32291** |
|---|---|---|---|---|
| | | Debtor(s) | | |

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **The Fort Living Trust**<br>**319 San Remo**<br>**Newport Beach, CA 92660** | | **1.2774%** | **DST interests** |
| **The Ortman Family Trust**<br>**29 Mather Rd**<br>**San Anselmo, CA 94960** | | **0.5621%** | **DST interests** |
| **The Ronald H. Uyeshima 2001 Trust**<br>**19007 Brookhaven Dr**<br>**Saratoga, CA 95070** | | **1.2497%** | **DST interests** |
| **The William L. Rowland and Ruby H. Rowland Trust**<br>**319 San Remo**<br>**Palm Desert, CA 92260** | | **0.7926%** | **DST interests** |
| **Walter Muszynski**<br>**10336 Loch Lomond #117**<br>**Middletown, CA 95461** | | **0.5621%** | **DST interests** |
| **Winnie Chow (Family Trust)**<br>**18661 Starrett Ct**<br>**Cupertino, CA 95014** | | **0.2811%** | **DST interests** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Authorized Representative** of the Delaware Statutory Trust named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

| Date | **September 29, 2021** | Signature | **/s/ Patrick Nelson** |
|---|---|---|---|
| | | | **Patrick Nelson** |

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.