# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
# Friday, October 29, 2021

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Daniel | Ferretti | Baker Donelson | Fannie Mae |
| Austin | Wingerson | Baker Donelson | Fannie Mae |