IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| NB LOFT VUE, DST, *ET AL.*, | § § § | Case No. 21-32292 |
| Debtors. | § § § | (Jointly Administered) |

**NOTICE OF FILING OF FINANCIAL STATEMENTS FOR
NB LOFT VUE, DST AND NB VUE MAC, DST**

At the conclusion of the October 28-29, 2021 evidentiary hearing on *Fannie Mae's Motion for Relief from the Automatic Stay as to Property of Debtor NB Vue Mac, DST* (Docket No. 89) and *Fannie Mae's Motion for Relief from the Automatic Stay as to Property of Debtor NB Loft Vue, DST* (Docket No. 90), the Court ordered that by November 2, 2021, the Debtors file with the Court and serve on Fannie Mae the following financial statements for calendar year 2019: (i) beginning and ending balance sheets; (ii) accrual income statements; and (iii) sources and uses of funds. In compliance with the Court's order, the Debtors hereby produce the following documents:

- Balance sheets for NB Vue Mac, DST as of January 1, 2019 and December 31, 2019 (Group Exhibit A);

- Balance sheets for NB Loft Vue, DST as of January 1, 2019 and December 31, 2019 (Group Exhibit B);

- Income statements on an accrual basis for both NB Vue Mac, DST (Exhibit C) and NB Loft Vue, DST (Exhibit D) for calendar year 2019;

- General ledgers for both NB Vue Mac, DST (Exhibit E) and NB Loft Vue, DST (Exhibit F) for calendar year 2019, showing all cash inflows and outflows for both Debtors.

The foregoing financial statements will be provided to Fannie Mae, through its counsel, in Microsoft Excel format.

The Debtors wish to clarify that in each of the Debtors' 2019 income statements, a line item called "Master Lease Rent" appears. "Master Lease Rent" is an accrual item reflecting estimated returns to investors of each of the Debtors. Importantly, no payments were made on account of "Master Lease Rent" in 2019.

The Debtors further represent to the Court that they have approved offering memoranda prepared by their broker, Newmark, and that Newmark will be going to market on both Debtors' properties the morning of November 3, 2021.

RESPECTFULLY SUBMITTED this 2nd day of November, 2021.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Thomas Berghman*
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
500 North Akard St., Ste. 3800
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 978-4375

tberghman@munsch.com

and

**TUCKER ELLIS LLP**

Thomas R. Fawkes, Esq.
(*pro hac vice*)
233 S. Wacker Dr. Suite 6950
Chicago, Illinois 60606
Telephone: (312) 256-9425
Facsimile: (312) 624-6309
thomas.fawkes@tuckerellis.com

*Counsel to the Debtors
and Debtors in Possession*