# Balance Sheet

The Vue on MacGregor
Accrual Basis
01/01/2019

| Account Name | Jan 01, 2019 |
|---|---:|
| **Assets** | |
| **Current Assets** | |
| **Cash** | |
| Operating Account | (6,412.30) |
| Undeposited Funds | 75,607.95 |
| Security Deposit Account | (3,029.82) |
| Reserve | 64.40 |
| Petty Cash | 750.00 |
| **Cash** | **66,980.23** |
| **Accounts Receivable** | |
| Accounts Receivable | 450,366.99 |
| Other Receivable | 500.00 |
| Master Lease Receivable | (81,268.26) |
| Bad Debt Reserve | (22,796.50) |
| Inter-Company Receivable | 67,860.97 |
| **Accounts Receivable** | **414,663.20** |
| **Other Current Assets** | |
| Suspense | 55,447.73 |
| Prepaid Expenses | 15,263.88 |
| Utility Deposits | 20,900.00 |
| **Other Current Assets** | **91,611.61** |
| **Current Assets** | **573,255.04** |
| **Assets** | **573,255.04** |
| **Liabilities & Equity** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 1,409,998.50 |
| Inter-Company Payable | 892,127.69 |
| Inter-Company A/P (New) | 186,618.90 |
| Other Payables | 21,235.35 |
| Accrued Liabilities | 9,100.00 |
| Master Lease Payable | 572,947.12 |
| **Accounts Payable** | **3,092,027.56** |
| **Tenant Payables** | |
| Security Deposit Liability | 39,801.45 |
| Prepaid Rent Liability | 19,624.23 |
| **Tenant Payables** | **59,425.68** |
| **Current Liabilities** | **3,151,453.24** |
| **Liabilities** | **3,151,453.24** |
| **Equity** | |
| **Capital** | |

| Account Name | Jan 01, 2019 |
|---|---:|
| **Owner Equity** | |
| Prior Years Retained Earning | (344,989.42) |
| **Owner Equity** | **(344,989.42)** |
| **Capital** | **(344,989.42)** |
| **Retained Earnings** | |
| **Retained Earnings** | |
| Retained Earnings | (2,233,208.78) |
| **Retained Earnings** | **(2,233,208.78)** |
| **Retained Earnings** | **(2,233,208.78)** |
| **Equity** | **(2,578,198.20)** |
| **Liabilities & Equity** | **573,255.04** |

# Balance Sheet
The Vue on MacGregor
Accrual Basis
Dec 2019

| Account Name | Dec 2019 |
|---|---:|
| **Assets** | |
| **Current Assets** | |
| Suspense | 599.38 |
| **Cash** | |
| Operating Account | 2,906.25 |
| Undeposited Funds | 16,620.15 |
| Security Deposit Account | (2,710.08) |
| Reserve | 42.41 |
| Petty Cash | 750.00 |
| **Cash** | **17,608.73** |
| **Accounts Receivable** | |
| Accounts Receivable | 189,776.17 |
| Other Receivable | 500.00 |
| Master Lease Receivable | (159,848.84) |
| Bad Debt Reserve | (22,796.50) |
| Inter-Company Receivable | 67,860.97 |
| **Accounts Receivable** | **75,491.80** |
| **Other Current Assets** | |
| Prepaid Expenses | 17,292.71 |
| Utility Deposits | 20,900.00 |
| **Lender Reserve** | |
| Property Tax Escrow | 71,453.07 |
| **Lender Reserve** | **71,453.07** |
| **Other Current Assets** | **109,645.78** |
| **Current Assets** | **203,345.69** |
| **Property, Plant & Equipment** | |
| Furniture & Equipments | 1,487.06 |
| **Property, Plant & Equipment** | **1,487.06** |
| **Assets** | **204,832.75** |
| **LIABILITIES AND EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 1,704,751.17 |
| Inter-Company Payable | 892,127.69 |
| Inter-Company A/P (New) | 1,078,088.60 |
| Other Payables | 21,235.35 |
| Accrued Liabilities | 18,256.12 |
| Master Lease Payable | 1,337,510.30 |
| **Accounts Payable** | **5,051,969.23** |
| **Tenant Payables** | |
| Security Deposit Liability | 21,286.50 |

| Account Name | Dec 2019 |
|---|---:|
| Prepaid Rent Liability | 42,129.86 |
| **Tenant Payables** | **63,416.36** |
| **Current Liabilities** | **5,115,385.59** |
| **Liabilities** | **5,115,385.59** |
| **Equity** | |
| **Capital** | |
| **Owner Equity** | |
| Prior Years Retained Earning | (344,989.42) |
| **Owner Equity** | **(344,989.42)** |
| **Capital** | **(344,989.42)** |
| **Retained Earnings** | |
| **Retained Earnings** | |
| Retained Earnings | (4,565,557.42) |
| **Retained Earnings** | **(4,565,557.42)** |
| **Retained Earnings** | **(4,565,557.42)** |
| **Equity** | **(4,910,546.84)** |
| **LIABILITIES AND EQUITY** | **204,838.75** |