**Income Statement**
The Vue on MacGregor
Accrual Basis
Jan 2019 - Dec 2019

| Account Name | Jan 2019 | Feb 2019 | Mar 2019 | Apr 2019 | May 2019 | Jun 2019 | Jul 2019 | Aug 2019 | Sep 2019 | Oct 2019 | Nov 2019 | Dec 2019 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rent Revenue** | | | | | | | | | | | | | |
| **Total Gross Potential Rent** | | | | | | | | | | | | | |
| Rents - Market | 242,012.46 | 242,446.00 | 238,031.65 | 233,207.01 | 230,870.23 | 245,508.47 | 221,683.93 | 252,330.19 | 234,342.15 | 250,020.30 | 245,155.00 | 248,282.00 | 2,883,889.39 |
| Rental Adjustments | 30,447.69 | 5,951.80 | (33,544.60) | (16,060.95) | (20,428.93) | (17,018.53) | (20,314.96) | (44,850.15) | (297,866.07) | 8,205.66 | 21,052.10 | 252.60 | (384,174.34) |
| Rent Revenue | 272,460.15 | 248,397.80 | 204,487.05 | 217,146.06 | 210,441.30 | 228,489.94 | 201,368.97 | 207,480.04 | (63,523.92) | 258,225.96 | 266,207.10 | 248,534.60 | 2,499,715.05 |
| **Other Revenue** | | | | | | | | | | | | | |
| Utilities Recovery | 0.00 | 4,917.05 | 1,555.89 | 1,392.77 | 1,346.16 | 1,182.38 | 2,469.34 | 2,183.39 | 2,421.87 | 5,035.54 | 3,678.49 | 4,732.33 | 30,915.21 |
| Utility Admin Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (7.00) | (19.00) | (30.00) | (346.00) | 35.00 | 0.00 | 0.00 | (367.00) |
| Late Fee Income | 13,373.00 | 1,010.00 | 4,849.00 | 4,090.00 | 4,310.00 | 2,409.12 | 923.49 | (20.00) | (27,401.45) | 4,458.28 | 5,673.00 | 6,000.00 | 19,674.44 |
| Administrative Fees | 174.20 | 102.00 | 8.00 | 6.00 | (100.00) | 98.00 | 2,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,088.20 |
| Cleaning Fees | 1,245.00 | 895.05 | (1,300.00) | 2,555.00 | 912.59 | (10.00) | 430.00 | (1,902.19) | (11,965.88) | (341.55) | 0.00 | 0.00 | (9,481.98) |
| Vending Income | 507.02 | 229.73 | 272.21 | 304.02 | 345.18 | 246.09 | 150.09 | 140.20 | 170.29 | 0.00 | 268.97 | 239.43 | 2,873.23 |
| Parking Income | 9,460.00 | 9,152.80 | 9,480.00 | 9,040.00 | 9,039.99 | 8,960.00 | 8,282.66 | 7,560.00 | 5,169.38 | 8,160.00 | 8,000.00 | 7,680.00 | 99,984.83 |
| Early Termination Fees | 1,224.90 | 667.25 | 0.00 | 0.00 | 1,060.80 | 0.00 | 530.40 | 7,635.40 | 326.90 | 0.00 | 0.00 | 1,677.05 | 13,122.70 |
| NSF Fees | 280.00 | 385.00 | 140.00 | 175.00 | 0.00 | 140.00 | (105.00) | 245.00 | 385.00 | 385.00 | 315.00 | 175.00 | 2,520.00 |
| Application Fees | 150.00 | 150.00 | 0.00 | 0.00 | 1,400.00 | 874.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,574.00 |
| Damages | 210.00 | 1,320.00 | 35.00 | 497.50 | 1,782.74 | (2,010.24) | 961.65 | 33,976.61 | (14,632.99) | 390.45 | 200.00 | 0.00 | 22,730.72 |
| Key Charges | 625.00 | 550.00 | 850.00 | 1,700.00 | 505.00 | 250.00 | 535.00 | 25.00 | (205.00) | 1,370.00 | 1,500.00 | 375.00 | 8,080.00 |
| Pet Fees | 650.00 | 1,175.00 | 375.00 | 375.00 | 475.00 | 325.00 | 475.00 | 275.00 | 225.00 | 175.00 | 325.00 | 175.00 | 5,025.00 |
| Contract Transfer Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 450.00 | 0.00 | 0.00 | 0.00 | 0.00 | 450.00 |
| Legal Fee Income | 234.43 | 262.63 | 461.42 | 219.50 | 200.00 | 1,783.94 | 234.12 | (1,427.71) | (4,181.80) | 9.46 | 0.00 | 0.00 | (2,204.01) |
| Resident Fees/Fines | 2,750.00 | (350.00) | 3,192.00 | 2,970.00 | 6,220.00 | 192.00 | 2,614.00 | 2,531.00 | (1,053.40) | 100.00 | 1,187.50 | 150.00 | 20,503.10 |
| Other Rental Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (125.00) | 125.00 | (1,590.00) | 0.00 | 0.00 | 0.00 | (1,590.00) |
| Other Fees/Income | (742.00) | 1,183.50 | 0.00 | 0.00 | 0.00 | 0.00 | 32.04 | 1,300.00 | 327.50 | 0.00 | 0.00 | (100.00) | 2,001.04 |
| Interest Income | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 |
| Other Concessions | (683.40) | (2,300.72) | (239.90) | 0.00 | 0.00 | (200.00) | 0.00 | (1,575.00) | (500.00) | 0.00 | 0.00 | 0.00 | (5,499.02) |
| Bad Debt - Other Income | 2,142.81 | 712.39 | 530.67 | (3,348.64) | (2,490.90) | 2,713.01 | 4,500.95 | 0.00 | 1,095.16 | 0.00 | 0.00 | 0.00 | 5,855.45 |
| Other Revenue | 31,600.96 | 20,061.68 | 20,209.30 | 19,976.15 | 25,006.56 | 16,946.30 | 24,689.74 | 51,491.70 | (51,755.42) | 19,777.18 | 21,147.96 | 21,103.81 | 220,255.92 |
| Total Revenue | 304,061.11 | 268,459.48 | 224,696.35 | 237,122.21 | 235,447.86 | 245,436.24 | 226,058.71 | 258,971.74 | (115,279.34) | 278,003.14 | 287,355.06 | 269,638.41 | 2,719,970.97 |
| **Operating Expenses** | | | | | | | | | | | | | |
| **Payroll Expenses** | | | | | | | | | | | | | |
| Property Manager | 9,166.66 | 5,026.28 | 5,007.50 | 5,274.57 | 5,012.27 | 5,020.45 | 5,041.25 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 64,548.98 |
| Assistant Manager | 0.00 | 0.00 | 0.00 | 3,067.82 | 3,053.93 | 3,062.11 | 3,082.91 | 3,041.66 | 3,041.66 | 3,041.66 | 4,687.78 | 0.00 | 26,079.53 |
| Leasing Staff | 0.00 | 0.00 | 403.50 | 0.00 | 1,044.04 | 2,540.94 | 1,942.75 | 3,240.00 | 3,540.00 | 1,860.00 | 1,835.00 | 2,184.00 | 18,590.23 |
| Maintenance Staff | 10,629.03 | 8,303.37 | 7,660.46 | 7,673.04 | 7,156.92 | 8,461.98 | 11,401.82 | 15,786.60 | 8,823.44 | 7,704.64 | 5,409.10 | 3,242.08 | 102,252.48 |
| Janitorial Staff | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,590.00 | 2,249.25 | 3,933.00 | 2,505.00 | 2,133.78 | 2,042.34 | 2,396.88 | 16,850.25 |
| Community Assistants | 613.50 | 1,612.62 | 598.50 | 595.64 | 3,682.08 | 3,744.53 | 3,350.25 | 7,216.00 | 8,438.00 | 1,981.50 | 1,649.00 | 1,348.00 | 34,829.62 |
| Porter Staff | 0.00 | 0.00 | 347.50 | 270.00 | 120.00 | 1,748.96 | 1,365.93 | 1,550.00 | 90.00 | 0.00 | 42.50 | 0.00 | 5,534.89 |
| Benefits | 2,034.32 | 1,741.08 | (197.80) | 1,592.84 | 1,208.64 | 1,929.20 | 1,545.12 | 2,807.69 | 1,966.13 | 1,966.13 | 1,971.58 | 2,068.47 | 20,633.40 |
| Payroll Taxes | 2,960.66 | 2,093.37 | 1,668.43 | 1,853.17 | 2,127.86 | 2,760.58 | 2,776.98 | 4,098.11 | 2,857.47 | 1,666.07 | 1,574.58 | 1,080.78 | 27,518.06 |
| Temporary Employees / Contract Workers | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,047.01 | 3,720.25 | 2,180.88 | 2,068.50 | 1,701.24 | 16,717.88 |
| Payroll Expenses | 25,404.17 | 18,776.72 | 15,488.09 | 20,327.08 | 23,405.74 | 30,858.75 | 32,756.26 | 53,720.07 | 39,981.95 | 27,534.66 | 26,280.38 | 19,021.45 | 333,555.32 |
| **Utilities** | | | | | | | | | | | | | |
| Electricity | 12,306.81 | 9,239.66 | 9,200.00 | 6,468.33 | 10,830.34 | 11,672.24 | 11,037.42 | 8,641.33 | 14,282.54 | 9,468.46 | 10,707.22 | 10,670.10 | 124,524.45 |
| Water & Sewer | 1,482.19 | 3,487.64 | 5,354.81 | 5,920.53 | 5,702.79 | 3,300.29 | 2,853.68 | 2,615.25 | 4,614.75 | 6,766.32 | 6,948.36 | 5,838.77 | 54,885.38 |
| Garbage & Recycling | 2,041.54 | 981.48 | 1,341.40 | 1,399.44 | 1,005.32 | 490.00 | 394.25 | 1,723.69 | 2,169.96 | 1,023.10 | 1,162.52 | 2,840.94 | 16,573.64 |
| Internet | 5,475.04 | 5,475.04 | 5,475.04 | 5,475.04 | 5,475.04 | 5,475.04 | 4,995.71 | 5,749.84 | 5,749.84 | 5,212.25 | 5,774.42 | 5,774.42 | 66,106.72 |
| Cable | 3,559.17 | 3,559.17 | 3,559.17 | 3,559.17 | 1,162.52 | 3,559.17 | 3,079.84 | 3,184.74 | 3,184.74 | 3,163.21 | 3,163.21 | 3,163.21 | 37,897.32 |
| Utility Late Fees | 86.46 | 85.32 | 372.00 | 311.29 | 298.98 | 427.55 | 867.73 | 348.98 | 479.14 | 3,877.31 | 37.65 | 80.89 | 7,273.30 |
| Utility Management Service | 1,454.02 | 1,449.76 | 1,456.87 | 1,391.55 | 1,380.40 | 1,391.54 | 1,394.33 | 1,158.45 | 1,441.23 | 1,436.97 | 1,462.55 | 1,409.96 | 16,827.63 |
| Utilities | 26,405.23 | 24,278.07 | 26,759.29 | 24,525.35 | 25,855.39 | 26,315.83 | 24,622.96 | 23,422.28 | 31,922.20 | 30,947.62 | 29,255.93 | 29,778.29 | 324,088.44 |

| Account Name | Jan 2019 | Feb 2019 | Mar 2019 | Apr 2019 | May 2019 | Jun 2019 | Jul 2019 | Aug 2019 | Sep 2019 | Oct 2019 | Nov 2019 | Dec 2019 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Contract Services** | | | | | | | | | | | | | |
| Fire Alarm Monitoring | 40.00 | 40.00 | 40.00 | 1,003.93 | 94.54 | 94.54 | 94.54 | 94.54 | 343.52 | 100.43 | 100.44 | 100.44 | 2,146.92 |
| Elevator Service | 726.24 | 726.24 | 726.24 | 980.63 | 891.24 | 726.24 | 726.24 | 726.24 | 815.19 | 815.20 | 815.20 | 815.20 | 9,490.10 |
| Security Service | 5,382.19 | 5,040.12 | 5,598.69 | 5,390.85 | 5,840.09 | 5,213.32 | 5,816.27 | 5,317.24 | 6,404.07 | 5,632.53 | 5,529.41 | 5,580.97 | 66,745.75 |
| **Contract Services** | **6,148.43** | **5,806.36** | **6,364.93** | **7,375.41** | **6,825.87** | **6,034.10** | **6,637.05** | **6,138.02** | **7,562.78** | **6,548.16** | **6,445.05** | **6,496.61** | **78,382.77** |
| **Maintenance & Grounds** | | | | | | | | | | | | | |
| Landscaping & Gardening | 675.41 | 675.41 | 718.58 | 855.18 | 2,289.01 | 9,228.75 | 855.18 | 855.18 | 855.18 | 855.18 | 855.18 | 855.18 | 19,573.42 |
| Pest Control | 439.97 | 396.18 | 494.70 | 494.70 | 567.77 | 557.48 | 114.74 | 1,839.16 | 855.17 | 114.74 | 407.02 | 501.20 | 6,782.83 |
| Pool Supplies & Services | 167.25 | 167.25 | 280.08 | 854.85 | 409.74 | 244.78 | 167.25 | 167.25 | 167.25 | 354.23 | 334.50 | 0.00 | 3,314.43 |
| Janitorial Supplies & Services | 0.00 | 0.00 | 512.62 | 0.00 | 0.00 | 151.20 | 889.56 | 971.31 | 0.00 | 0.00 | 0.00 | 0.00 | 2,524.69 |
| General Maintenance | 0.00 | 0.00 | 17.31 | 421.36 | 0.00 | 46.34 | 3,616.24 | 1,132.37 | 0.00 | 0.00 | 1,001.47 | 32.36 | 6,267.45 |
| General Cleaning | 0.00 | 0.00 | 994.07 | 300.72 | 154.58 | 103.45 | 0.00 | 0.00 | 613.33 | 0.00 | 871.91 | 361.38 | 3,399.44 |
| **Maintenance & Grounds** | **1,282.63** | **1,238.84** | **3,017.36** | **2,926.81** | **3,421.10** | **10,332.00** | **5,642.97** | **4,965.27** | **2,490.93** | **1,324.15** | **3,470.08** | **1,750.12** | **41,862.26** |
| **Repairs** | | | | | | | | | | | | | |
| Appliance Repairs | 0.00 | 0.00 | 0.00 | 220.19 | 0.00 | 0.00 | 243.40 | 0.00 | 0.00 | 1,142.85 | 300.90 | 0.00 | 1,907.34 |
| HVAC Repairs | 978.32 | 0.00 | 0.00 | 1,759.70 | 2,842.99 | 341.73 | 2,589.10 | 4,230.51 | 2,256.73 | 1,062.84 | 143.52 | 284.80 | 16,490.24 |
| Equipment & Tools | 0.00 | 0.00 | 255.02 | 979.23 | 262.16 | 0.00 | 33.50 | 617.42 | 0.00 | 0.00 | 0.00 | 173.77 | 2,321.10 |
| Minor Building Repairs | 0.00 | 0.00 | 53.56 | 3,180.78 | 136.53 | 136.53 | 184.53 | 136.53 | 136.53 | 136.53 | 452.67 | 631.80 | 5,185.99 |
| Keys & Locks | 0.00 | 0.00 | 325.00 | 0.00 | 132.84 | 0.00 | 305.24 | 1,903.98 | 1,805.30 | 220.81 | 187.96 | 0.00 | 4,881.13 |
| Plumbing Repairs | 0.00 | 0.00 | 0.00 | 574.67 | 389.55 | 0.00 | 10.88 | 0.00 | 368.13 | 0.00 | 458.57 | 0.00 | 1,801.80 |
| Lightbulbs & Fixtures | 0.00 | 0.00 | 0.00 | 0.00 | 583.89 | 0.00 | 679.36 | 884.28 | 1,267.99 | 436.57 | 20.76 | 205.31 | 4,078.16 |
| General Repairs | 0.00 | 639.31 | 604.09 | 558.51 | 1,323.03 | 0.00 | 766.48 | 669.69 | 400.84 | 1,033.44 | 562.33 | 1,195.09 | 7,752.81 |
| **Repairs** | **978.32** | **639.31** | **1,237.67** | **7,273.08** | **5,670.99** | **478.26** | **4,812.49** | **8,442.41** | **6,235.52** | **4,033.04** | **2,126.71** | **2,490.77** | **44,418.57** |
| **Turnover Expenses** | | | | | | | | | | | | | |
| Cleaning - Turnover | 0.00 | 0.00 | 0.00 | 0.00 | 620.00 | 0.00 | 0.00 | 11,100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,720.00 |
| Carpet Cleaning - Turnover | 0.00 | 70.36 | 0.00 | 0.00 | 134.18 | 0.00 | 0.00 | 3,208.48 | 0.00 | 150.00 | 119.08 | 0.00 | 3,682.10 |
| Painting - Turnover | 0.00 | 0.00 | 0.00 | 1,115.80 | 446.90 | 0.00 | 0.00 | 48,899.16 | 545.75 | 0.00 | 6.26 | 108.98 | 51,122.85 |
| General Repairs - Turnover | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,959.65 | 0.00 | 335.00 | 0.00 | 0.00 | 12,294.65 |
| Maintenance/Supplies - Turnover | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,308.01 | 0.00 | 0.00 | 0.00 | 0.00 | 2,308.01 |
| **Turnover Expenses** | **0.00** | **70.36** | **0.00** | **1,115.80** | **1,201.08** | **0.00** | **0.00** | **77,475.30** | **545.75** | **485.00** | **125.34** | **108.98** | **81,127.61** |
| **General & Administrative** | | | | | | | | | | | | | |
| Property Management Software | 441.84 | 460.00 | 460.03 | 460.03 | 460.03 | 460.03 | 460.03 | 460.03 | 460.03 | 460.03 | 460.00 | 460.00 | 5,502.08 |
| Tenant Screening Costs | 146.25 | 198.75 | 67.50 | 77.50 | 221.25 | 1,551.25 | 1,188.75 | 2,055.00 | 1,688.75 | 463.75 | 112.50 | 317.50 | 8,088.75 |
| Merchant Account Fees | 591.77 | 942.12 | 683.37 | 443.01 | 564.62 | 542.90 | 445.80 | 448.71 | 606.34 | 644.09 | 467.69 | 344.49 | 6,724.91 |
| Bank Fees | 6.00 | 6.00 | 6.00 | 41.00 | 6.00 | 16.67 | 6.00 | 6.00 | 6.00 | 6.00 | 111.00 | 6.00 | 222.67 |
| Office Telephone | 0.00 | 0.00 | 15.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,594.11 | 369.22 | 178.91 | 6,157.55 |
| Office Equipment Lease | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 17.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 17.06 |
| Office Supplies | 143.72 | 0.00 | 1,045.10 | 331.69 | 0.00 | 190.65 | 569.79 | 204.29 | 138.51 | 0.00 | 24.12 | 0.00 | 2,647.87 |
| Postage | 29.50 | 197.00 | 24.53 | 101.09 | 70.97 | 287.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 710.64 |
| Computer Equipment & Supplies | 0.00 | 240.69 | 98.86 | 0.00 | 98.86 | 99.94 | 98.86 | 98.86 | 679.50 | 0.00 | 300.29 | 843.82 | 2,559.68 |
| Business Licenses & Permits | 0.00 | 0.00 | 727.55 | 0.00 | 0.00 | 420.28 | 0.00 | 0.00 | 145.90 | 674.55 | 115.06 | 0.00 | 2,083.34 |
| **General & Administrative** | **1,359.08** | **2,044.56** | **3,128.25** | **1,454.32** | **1,421.73** | **3,569.27** | **2,786.29** | **3,272.89** | **3,725.03** | **7,842.53** | **1,959.88** | **2,150.72** | **34,714.55** |
| **Advertising & Marketing** | | | | | | | | | | | | | |
| Advertising & Promotion | 0.00 | 1,918.08 | 1,145.78 | 686.26 | 269.26 | 200.26 | 602.64 | 542.48 | 200.26 | 200.26 | 399.75 | 200.26 | 6,365.29 |
| Marketing - Entertainment | 0.00 | 1,886.53 | 0.00 | 160.00 | 0.00 | 0.00 | 0.00 | 300.00 | 0.00 | 3,003.83 | 0.00 | 8.58 | 5,358.94 |
| Online Advertising | 0.00 | 0.00 | 405.10 | 134.16 | 690.00 | 0.00 | 383.82 | 30.19 | 29.26 | 30.68 | 0.00 | 0.00 | 1,703.21 |
| Print Advertising | 207.58 | 595.00 | 32.48 | 466.00 | 685.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,986.18 |
| Refreshments | 0.00 | 0.00 | 191.61 | 75.64 | 75.64 | 92.60 | 92.55 | 0.00 | 62.66 | 82.67 | 224.54 | 0.00 | 897.91 |
| Resident Retention | 0.00 | 0.00 | 2,939.93 | 2,939.93 | 2,939.93 | 3,007.59 | 2,939.94 | 3,769.14 | 0.00 | 44,088.15 | 0.00 | 0.00 | 62,624.61 |
| Resident Referrals | 300.00 | 300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 | 0.00 | 0.00 | 19,200.00 | 20,600.00 |
| **Advertising & Marketing** | **507.58** | **4,699.61** | **4,714.90** | **4,461.99** | **4,659.95** | **3,300.45** | **4,018.95** | **4,641.81** | **1,092.18** | **47,405.59** | **624.29** | **19,408.84** | **99,536.14** |
| **Taxes & Insurance** | | | | | | | | | | | | | |
| Property Insurance Expense | 7,127.51 | 14,255.02 | 7,127.51 | 7,106.59 | 7,106.59 | 7,106.59 | 7,106.59 | 8,494.81 | 8,494.81 | 8,494.81 | 8,494.81 | 8,494.81 | 99,410.45 |
| Property Tax Expense | 66,974.32 | 71,453.07 | 71,453.07 | 71,453.07 | 71,453.07 | 71,453.07 | 71,453.07 | 71,453.07 | 71,453.07 | 71,453.07 | 71,453.07 | 71,453.07 | 852,958.09 |
| **Taxes & Insurance** | **74,101.83** | **85,708.09** | **78,580.58** | **78,559.66** | **78,559.66** | **78,559.66** | **78,559.66** | **79,947.88** | **79,947.88** | **79,947.88** | **79,947.88** | **79,947.88** | **952,368.54** |
| **Operating Expenses** | **136,187.27** | **143,261.92** | **139,291.07** | **148,019.50** | **151,021.51** | **159,448.32** | **159,836.63** | **262,025.93** | **173,504.22** | **206,068.63** | **150,235.54** | **161,153.66** | **1,990,054.20** |

| Account Name | Jan 2019 | Feb 2019 | Mar 2019 | Apr 2019 | May 2019 | Jun 2019 | Jul 2019 | Aug 2019 | Sep 2019 | Oct 2019 | Nov 2019 | Dec 2019 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Operating Income | 167,873.84 | 125,197.56 | 85,405.28 | 89,102.71 | 84,426.35 | 85,987.92 | 66,222.08 | (3,054.19) | (288,783.56) | 71,934.51 | 137,119.52 | 108,484.75 | 729,916.77 |

| Account Name | Jan 2019 | Feb 2019 | Mar 2019 | Apr 2019 | May 2019 | Jun 2019 | Jul 2019 | Aug 2019 | Sep 2019 | Oct 2019 | Nov 2019 | Dec 2019 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Other Expenses** | | | | | | | | | | | | | |
| Interest/Late Fees | 16.05 | 0.00 | 47.18 | 4.19 | 50.41 | 74.46 | 44.28 | 13.30 | 38.56 | 103.45 | 96.52 | 3.03 | 491.43 |
| Prior Year Expenses | 0.00 | 0.00 | 1,037.67 | 1,623.75 | (958.66) | (857.95) | (797.10) | 0.00 | 0.00 | 1,731.89 | (1,081.69) | 0.00 | 697.91 |
| **Management Fees** | | | | | | | | | | | | | |
| Property Management Fees | 7,276.94 | 7,525.73 | 7,136.36 | 6,812.51 | 7,063.44 | 6,899.90 | 6,941.15 | 7,558.23 | 4,947.70 | 7,558.02 | 7,376.12 | 7,210.30 | 84,306.40 |
| Asset Management Fees | 2,425.65 | 2,508.58 | 2,378.79 | 2,270.84 | 2,354.48 | 2,299.97 | 2,313.72 | 2,519.41 | 1,649.23 | 2,519.34 | 2,458.71 | 2,403.43 | 28,102.15 |
| **Management Fees** | **9,702.59** | **10,034.31** | **9,515.15** | **9,083.35** | **9,417.92** | **9,199.87** | **9,254.87** | **10,077.64** | **6,596.93** | **10,077.36** | **9,834.83** | **9,613.73** | **112,408.55** |
| **Other Misc. Expense** | | | | | | | | | | | | | |
| Miscellaneous Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 4,900.00 | 0.00 | 0.00 | 912.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,812.00 |
| Travel & Mileage Reimbursements | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 191.84 | 0.00 | 0.00 | 0.00 | 0.00 | 304.74 | 496.58 |
| **Other Misc. Expense** | **0.00** | **0.00** | **0.00** | **0.00** | **4,900.00** | **0.00** | **191.84** | **912.00** | **0.00** | **0.00** | **0.00** | **304.74** | **6,308.58** |
| **Capital Expenditures Non-op Expenses** | | | | | | | | | | | | | |
| Furniture/Equipment - Cap Ex | 0.00 | 0.00 | 4,241.45 | 0.00 | 2,254.40 | 3,510.49 | 0.00 | 20,503.36 | 22,104.56 | 0.00 | 4,646.16 | 0.00 | 57,260.42 |
| Repairs/Maintenance - Cap Ex | 0.00 | 0.00 | 0.00 | 103.41 | 17,140.43 | 0.00 | 0.00 | 0.00 | 0.00 | 1,200.29 | 0.00 | 0.00 | 18,444.13 |
| Painting/Carpet/Flooring - Cap Ex | 0.00 | 0.00 | 0.00 | 0.00 | 3,595.12 | 11,298.37 | 0.00 | 0.00 | 162.56 | 0.00 | 13,062.59 | 0.00 | 28,118.64 |
| Appliances - Cap Ex | 0.00 | 0.00 | 3,285.43 | 0.00 | 4,590.58 | 0.00 | 0.00 | 3,872.17 | 1,878.21 | 1,178.32 | 0.00 | 12,403.24 | 27,207.95 |
| HVAC - Cap Ex | 0.00 | 0.00 | 0.00 | 0.00 | 771.97 | 1,237.86 | 0.00 | 0.00 | 1,447.17 | 572.64 | 0.00 | 0.00 | 4,029.64 |
| Cap Ex Reimbursements | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (27,960.69) | 0.00 | (27,960.69) |
| **Capital Expenditures Non-op Expenses** | **0.00** | **0.00** | **7,526.88** | **103.41** | **28,352.50** | **16,046.72** | **0.00** | **24,375.53** | **25,592.50** | **2,951.25** | **(10,251.94)** | **12,403.24** | **107,100.09** |
| **Master Lease Expenses** | | | | | | | | | | | | | |
| Master Lease Rent **[Accrual; not paid]** | 94,822.92 | 98,346.80 | 98,346.80 | 98,346.80 | 98,346.80 | 98,346.80 | 98,346.80 | 98,346.80 | 98,346.80 | 98,346.80 | 98,346.80 | 98,346.80 | 1,176,637.72 |
| Master Lease Mortgage | 193,229.54 | 197,708.29 | 197,708.29 | 197,687.37 | 197,687.37 | 197,687.37 | 197,687.37 | 199,075.59 | 199,075.59 | 228,138.36 | 199,075.59 | 199,075.59 | 2,403,836.32 |
| Master Lease Reserve | 4,044.65 | 4,044.65 | 4,044.65 | 4,044.65 | 4,044.65 | 4,044.65 | 4,044.65 | 4,044.65 | 4,044.65 | 4,044.65 | 4,044.65 | 4,044.65 | 48,535.80 |
| Contra - T&I | (74,101.83) | (78,580.58) | (78,580.58) | (78,559.66) | (78,559.66) | (78,559.66) | (78,559.66) | (79,947.88) | (79,947.88) | (79,947.88) | (79,947.88) | (79,947.88) | (945,241.03) |
| **Master Lease Expenses** | **217,995.28** | **221,519.16** | **221,519.16** | **221,519.16** | **221,519.16** | **221,519.16** | **221,519.16** | **221,519.16** | **221,519.16** | **250,581.93** | **221,519.16** | **221,519.16** | **2,683,768.81** |
| **Other Expenses** | **227,713.92** | **231,553.47** | **239,646.04** | **232,333.86** | **263,281.33** | **245,982.26** | **230,213.05** | **256,897.63** | **253,747.15** | **265,445.88** | **220,116.88** | **243,843.90** | **2,910,775.37** |
| **Net Income** | **(59,840.08)** | **(106,355.91)** | **(154,240.76)** | **(143,231.15)** | **(178,854.98)** | **(159,994.34)** | **(163,990.97)** | **(259,951.82)** | **(542,530.71)** | **(193,511.37)** | **(82,997.36)** | **(135,359.15)** | **(2,180,858.60)** |