**Income Statement**
Loft Vue
Accrual Basis
Jan 2019 - Dec 2019

| Account Name | Jan 2019 | Feb 2019 | Mar 2019 | Apr 2019 | May 2019 | Jun 2019 | Jul 2019 | Aug 2019 | Sep 2019 | Oct 2019 | Nov 2019 | Dec 2019 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rent Revenue** | | | | | | | | | | | | | |
|   **Total Gross Potential Rent** | | | | | | | | | | | | | |
|     Rents - Market | 133,516.72 | 139,672.96 | 139,416.10 | 138,912.10 | 108,671.94 | 124,765.86 | 130,564.68 | 109,004.46 | 108,580.83 | 118,477.80 | 122,366.10 | 131,190.52 | 1,505,140.07 |
|     Rental Adjustments | (14,745.16) | (15,492.79) | (22,662.79) | (15,396.17) | (15,342.03) | (13,274.80) | (13,567.63) | (22,871.91) | (28,792.27) | (20,302.65) | (18,789.60) | (19,189.60) | (220,427.40) |
|       **Rent Revenue** | 118,771.56 | 124,180.17 | 116,753.31 | 123,515.93 | 93,329.91 | 111,491.06 | 116,997.05 | 86,132.55 | 79,788.56 | 98,175.15 | 103,576.50 | 112,000.92 | 1,284,712.67 |
| **Other Revenue** | | | | | | | | | | | | | |
|   Utilities Recovery | 0.00 | 0.00 | 1,177.81 | 1,819.23 | 1,723.41 | 992.89 | 1,214.22 | 1,993.68 | 197.12 | 1,429.63 | 1,595.14 | 1,176.43 | 13,319.56 |
|   Utility Admin Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   Late Fee Income | 590.00 | 940.00 | 2,480.00 | (1,910.00) | 820.00 | 790.00 | 1,010.00 | (800.00) | (1,810.00) | 10.00 | 650.00 | 1,360.00 | 4,130.00 |
|   Administrative Fees | 300.00 | 200.00 | 500.00 | 500.00 | (250.00) | 0.00 | (50.00) | (150.00) | 0.00 | 0.00 | 0.00 | 0.00 | 1,050.00 |
|   Cleaning Fees | 275.00 | 0.00 | 0.00 | 0.00 | (50.00) | 0.00 | 0.00 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 240.00 |
|   Parking Income | 4,860.00 | 4,390.00 | 4,350.00 | 4,350.00 | 3,409.67 | 4,182.83 | 3,757.74 | 1,630.00 | 1,390.00 | 1,925.00 | 1,985.50 | 2,345.00 | 38,575.74 |
|   Early Termination Fees | 0.00 | 0.00 | 0.00 | 0.00 | 7,643.95 | 4,393.60 | 0.00 | (270.13) | 0.00 | 0.00 | 0.00 | 0.00 | 11,767.42 |
|   NSF Fees | 0.00 | 0.00 | 25.00 | 0.00 | 50.00 | 50.00 | 0.00 | 75.00 | (50.00) | 25.00 | 25.00 | 25.00 | 225.00 |
|   Application Fees | 300.00 | 200.00 | 500.00 | 500.00 | (150.00) | (100.00) | (50.00) | (150.00) | 0.00 | 0.00 | 0.00 | 0.00 | 1,050.00 |
|   Damages | 300.00 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 | 12,415.71 | (1,445.82) | 0.00 | 250.00 | (100.00) | 11,544.89 |
|   Key Charges | 100.00 | (50.00) | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 | 50.00 | 60.00 | 50.00 | 0.00 | 0.00 | 260.00 |
|   Pet Fees | 225.00 | 255.00 | 255.00 | 255.00 | 286.94 | 375.00 | 255.00 | 175.00 | 205.00 | 235.00 | 240.00 | 295.00 | 3,056.94 |
|   Contract Transfer Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 | 0.00 | 0.00 | 250.00 |
|   Legal Fee Income | 0.00 | 2,640.40 | (2,560.40) | 0.00 | (80.00) | 0.00 | 0.00 | 260.90 | 361.18 | 0.00 | 0.00 | 0.00 | 622.08 |
|   Resident Fees/Fines | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 | 0.00 | 50.00 |
|   Other Fees/Income | 828.75 | 0.00 | 0.00 | 0.00 | 0.00 | (150.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 678.75 |
|   Interest Income | 0.00 | 0.02 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.00 | 0.01 | 0.01 | 0.01 | 0.11 |
|   Other Concessions | (1,905.00) | (1,305.00) | (1,455.00) | (1,794.00) | 1,100.00 | (1,060.00) | (1,295.00) | (24,546.37) | (143.05) | (61.43) | (183.07) | (12.60) | (32,660.52) |
|   Bad Debt - Other Income | 60.00 | 60.00 | (1,150.95) | 0.00 | (150.00) | 0.00 | 0.00 | 0.00 | 937.96 | 0.00 | 0.00 | 0.00 | (242.99) |
|     **Other Revenue** | 5,933.75 | 7,430.42 | 4,121.47 | 3,720.24 | 14,403.98 | 9,474.33 | 4,866.97 | (9,301.20) | (297.61) | 3,863.21 | 4,612.58 | 5,088.84 | 53,916.98 |
|     **Total Revenue** | 124,705.31 | 131,610.59 | 120,874.78 | 127,236.17 | 107,733.89 | 120,965.39 | 121,864.02 | 76,831.35 | 79,490.95 | 102,038.36 | 108,189.08 | 117,089.76 | 1,338,629.65 |
| **Operating Expenses** | | | | | | | | | | | | | |
|   **Payroll Expenses** | | | | | | | | | | | | | |
|     Property Manager | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,423.34 | 3,518.34 | 3,333.34 | 3,358.34 | 3,533.34 | 3,701.98 | 0.00 | 20,868.68 |
|     Assistant Manager | 0.00 | 0.00 | 0.00 | 0.00 | 2,897.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,897.39 |
|     Regional Manager | 5,850.84 | 5,882.84 | 5,833.34 | 15,854.34 | 5,850.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 39,272.20 |
|     Leasing Staff | 2,330.62 | 2,064.70 | 2,027.15 | 2,984.62 | 2,755.00 | 2,702.50 | 3,210.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18,075.17 |
|     Maintenance Staff | 3,137.62 | 3,144.62 | 3,133.25 | 2,199.04 | 3,496.00 | 3,108.88 | 3,390.16 | 6,001.28 | 4,067.04 | 3,381.60 | 2,847.60 | 2,984.96 | 40,892.05 |
|     Community Assistants | 805.00 | 61.50 | 39.39 | 63.00 | 675.00 | 791.40 | 211.10 | 1,110.80 | 1,130.00 | 745.00 | 267.50 | 0.00 | 5,899.69 |
|     Porter Staff | 2,000.00 | 2,000.00 | 0.00 | 0.00 | 2,765.21 | 2,607.81 | 2,620.96 | 4,331.68 | 3,211.60 | 2,705.74 | 2,527.82 | 2,586.94 | 27,357.76 |
|     Benefits | 1,269.49 | 2,088.31 | 1,614.79 | 1,683.71 | (249.57) | 876.61 | 36.84 | 965.80 | (271.94) | 121.66 | 121.66 | 121.66 | 8,379.02 |
|     Payroll Taxes | 2,049.52 | 1,706.80 | 1,152.27 | 1,921.17 | 2,070.71 | 1,640.27 | 1,370.65 | 1,268.60 | 975.68 | 841.70 | 730.39 | 423.12 | 16,150.88 |
|     Temporary Employees / Contract Workers | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,273.36 | 451.56 | 0.00 | 0.00 | 0.00 | 3,724.92 |
|     Relocation Expenses | 800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 |
|       **Payroll Expenses** | 18,243.09 | 16,948.77 | 13,800.19 | 24,705.88 | 20,260.58 | 15,150.81 | 14,358.63 | 20,284.86 | 12,922.28 | 11,329.04 | 10,196.95 | 6,116.68 | 184,317.76 |
|   **Utilities** | | | | | | | | | | | | | |
|     Electricity | 6,239.20 | 8,060.27 | 6,983.42 | 5,528.74 | 5,155.58 | 5,730.88 | 6,601.81 | 6,533.93 | 6,680.48 | 6,134.12 | 5,836.17 | 5,876.21 | 75,360.81 |
|     Gas | 50.60 | 51.10 | 55.88 | 51.02 | 50.60 | 50.00 | 52.13 | 52.24 | 49.65 | 54.09 | 54.72 | 54.15 | 626.18 |
|     Water & Sewer | 5,168.74 | 5,962.93 | 7,361.61 | 10,043.43 | 11,953.53 | 10,114.08 | 9,126.52 | 11,824.74 | 10,587.73 | 12,019.81 | 9,832.13 | 6,425.72 | 110,420.97 |
|     Garbage & Recycling | 2,692.87 | 2,654.55 | 2,654.55 | 2,667.97 | 2,717.36 | 2,726.96 | 2,715.09 | 2,699.85 | 3,403.77 | 2,738.30 | 2,703.98 | 2,881.69 | 33,256.94 |
|     Internet | 2,365.03 | 2,368.12 | 2,414.72 | 2,315.52 | 2,366.12 | 2,366.12 | 2,366.12 | 2,366.12 | 2,366.12 | 2,366.93 | 2,366.93 | 2,366.93 | 28,394.78 |
|     Cable | 4,078.87 | 4,021.29 | 4,021.29 | 4,021.29 | 4,021.29 | 4,021.29 | 4,021.29 | 4,021.29 | 4,021.29 | 4,021.29 | 4,021.29 | 4,021.29 | 48,313.06 |
|     Utility Late Fees | 610.67 | 579.34 | 849.82 | 810.76 | 926.19 | 962.00 | 717.24 | 1,247.65 | 723.18 | 926.01 | 964.95 | 541.53 | 9,859.34 |
|     Utility Management Service | 0.00 | 562.85 | 545.24 | 549.51 | 558.04 | 609.75 | 566.52 | 460.51 | 413.16 | 430.66 | 447.72 | 480.97 | 5,624.93 |
|       **Utilities** | 21,205.98 | 24,260.45 | 24,886.53 | 25,988.24 | 27,748.71 | 26,581.08 | 26,166.72 | 29,206.33 | 28,245.38 | 28,691.21 | 26,227.89 | 22,648.49 | 311,857.01 |

| Account Name | Jan 2019 | Feb 2019 | Mar 2019 | Apr 2019 | May 2019 | Jun 2019 | Jul 2019 | Aug 2019 | Sep 2019 | Oct 2019 | Nov 2019 | Dec 2019 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Contract Services** | | | | | | | | | | | | | |
| Fire Alarm Monitoring | 212.50 | 212.50 | 162.50 | 625.63 | 1,235.50 | 507.50 | 162.50 | 162.50 | 162.50 | 192.50 | 192.50 | 0.00 | 3,828.63 |
| Elevator Service | 793.41 | 793.41 | 793.41 | 4,196.06 | 793.41 | 793.41 | 1,368.58 | 491.69 | 1,638.26 | 819.11 | 819.11 | 819.11 | 14,118.97 |
| Contract Services | 1,005.91 | 1,005.91 | 955.91 | 4,821.69 | 2,028.91 | 1,300.91 | 1,531.08 | 654.19 | 1,800.76 | 1,011.61 | 1,011.61 | 819.11 | 17,947.60 |
| **Maintenance & Grounds** | | | | | | | | | | | | | |
| Landscaping & Gardening | 0.00 | 0.00 | 0.00 | 228.55 | 457.09 | 457.09 | 457.09 | 513.24 | 457.09 | 457.09 | 457.09 | 457.09 | 3,941.42 |
| Pest Control | 118.80 | 151.20 | 151.20 | 151.20 | 151.20 | 151.20 | 151.20 | 151.20 | 151.20 | 162.03 | 151.20 | 151.20 | 1,792.83 |
| Pool Supplies & Services | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 291.45 | 10.59 | 114.91 | 0.00 | 0.00 | 0.00 | 416.95 |
| Janitorial Supplies & Services | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 600.00 | 0.00 | 600.00 |
| Parking Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 110.42 | 0.00 | 0.00 | 0.00 | 110.42 |
| General Maintenance | 0.00 | 0.00 | 468.94 | 209.84 | 205.19 | 146.46 | 112.09 | 845.61 | 1,289.99 | 985.42 | 261.10 | 0.00 | 4,524.64 |
| General Cleaning | 116.80 | 0.00 | 0.00 | 0.00 | 148.89 | 129.50 | 98.17 | 324.92 | 264.10 | 388.72 | 136.32 | 68.21 | 1,675.63 |
| Maintenance & Grounds | 235.60 | 151.20 | 620.14 | 589.59 | 962.37 | 884.25 | 1,110.00 | 1,845.56 | 2,387.71 | 1,993.26 | 1,605.71 | 676.50 | 13,061.89 |
| **Repairs** | | | | | | | | | | | | | |
| Appliance Repairs | 0.00 | 0.00 | 0.00 | 221.34 | 612.62 | 0.00 | 43.87 | 121.13 | 422.16 | 218.33 | 156.52 | 0.00 | 1,795.97 |
| HVAC Repairs | 0.00 | 0.00 | 0.00 | 75.72 | 183.61 | 218.33 | 324.87 | 432.77 | 244.42 | 167.17 | 436.91 | 79.99 | 2,163.79 |
| Equipment & Tools | 129.87 | 0.00 | 51.92 | 0.00 | 0.00 | 567.81 | 0.00 | 551.58 | 250.38 | 273.86 | 0.00 | 235.01 | 2,060.43 |
| Minor Building Repairs | 154.59 | 2,618.60 | 0.00 | 764.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 295.85 | 0.00 | 3,833.54 |
| Keys & Locks | 0.00 | 0.00 | 60.83 | 0.00 | 62.82 | 0.00 | 1,286.31 | 2,878.94 | 1,740.61 | 43.87 | 539.40 | 0.00 | 6,612.78 |
| Plumbing Repairs | 0.00 | 0.00 | 131.28 | 0.00 | 730.76 | 0.00 | 0.00 | 307.63 | 2,558.97 | 931.53 | 464.93 | 0.00 | 5,125.10 |
| Lightbulbs & Fixtures | 298.20 | 0.00 | 985.83 | 0.00 | 112.81 | 304.72 | 445.06 | 495.10 | 208.90 | 2,613.84 | 167.03 | 240.23 | 5,871.72 |
| General Repairs | 164.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 449.98 | 437.92 | 2,341.63 | 1,670.95 | 676.10 | 31.05 | 5,771.91 |
| Repairs | 746.94 | 2,618.60 | 1,229.86 | 1,061.56 | 1,702.62 | 1,090.86 | 2,550.09 | 5,225.07 | 7,767.07 | 5,919.55 | 2,736.74 | 586.28 | 33,235.24 |
| **Turnover Expenses** | | | | | | | | | | | | | |
| Cleaning - Turnover | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 | 900.00 | 0.00 | 9,040.00 | 735.00 | 190.00 | 245.00 | 150.00 | 11,410.00 |
| Carpet Cleaning - Turnover | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,890.00 | 0.00 | 0.00 | 1,515.50 | 0.00 | 6,405.50 |
| Painting - Turnover | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,125.83 | 7,635.00 | 0.00 | 318.71 | 16.70 | 0.00 | 10,096.24 |
| General Repairs - Turnover | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 906.09 | 0.00 | 0.00 | 0.00 | 0.00 | 906.09 |
| Turnover Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 | 900.00 | 2,125.83 | 22,471.09 | 735.00 | 508.71 | 1,777.20 | 150.00 | 28,817.83 |
| **General & Administrative** | | | | | | | | | | | | | |
| Property Management Software | 295.82 | 308.04 | 307.98 | 307.98 | 307.98 | 307.98 | 307.98 | 307.98 | 307.98 | 307.98 | 308.04 | 308.04 | 3,683.78 |
| Tenant Screening Costs | 186.25 | 146.25 | 45.00 | 86.25 | 176.25 | 212.50 | 268.75 | 291.25 | 281.25 | 205.00 | 82.50 | 386.25 | 2,367.50 |
| Merchant Account Fees | 95.23 | 153.49 | 108.52 | 136.40 | 145.29 | 139.98 | 113.98 | 111.58 | 168.86 | 107.84 | 92.90 | 117.08 | 1,491.15 |
| Bank Fees | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 | 51.10 | 176.10 |
| Office Telephone | 1,719.97 | 2,348.35 | 385.72 | 903.08 | 1,168.93 | 1,348.67 | 1,080.55 | 915.50 | 1,088.63 | 949.32 | 945.74 | 1,110.40 | 13,964.86 |
| Office Supplies | 54.76 | 26.45 | 54.39 | 317.23 | 0.00 | 0.00 | 155.99 | 420.82 | 0.00 | 58.80 | 0.00 | 913.63 | 2,002.07 |
| Postage | 49.40 | 0.00 | 160.56 | 42.00 | 147.41 | 45.73 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 445.10 |
| Computer Equipment & Supplies | 0.00 | (373.42) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 389.68 | 0.00 | 0.00 | 0.00 | 0.00 | 16.26 |
| Business Licenses & Permits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 245.49 | 65.41 | 65.41 | 65.41 | 65.41 | 65.41 | 65.41 | 637.95 |
| General & Administrative | 2,416.43 | 2,624.16 | 1,077.17 | 1,807.94 | 1,960.86 | 2,315.35 | 2,027.66 | 2,502.22 | 1,912.13 | 1,694.35 | 1,494.59 | 2,951.91 | 24,784.77 |
| **Advertising & Marketing** | | | | | | | | | | | | | |
| Advertising & Promotion | 2,320.58 | 125.00 | 2,705.44 | 1,716.64 | 1,742.58 | 2,264.64 | 264.64 | (586.84) | 8,364.71 | 347.14 | 295.83 | 264.64 | 19,825.00 |
| Marketing - Entertainment | 0.00 | 0.00 | 0.00 | 0.00 | 102.56 | 0.00 | 54.00 | 2,396.86 | 0.00 | 5,052.92 | 538.08 | 2,147.68 | 10,292.10 |
| Online Advertising | 0.00 | 0.23 | 510.17 | 149.23 | 133.89 | 57.50 | 943.41 | 87.29 | 2,393.67 | 644.92 | 616.70 | 616.70 | 6,153.71 |
| Print Advertising | 268.12 | 1,295.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,563.12 |
| Refreshments | 0.00 | 0.00 | 0.00 | 129.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 183.20 | 0.00 | 250.33 | 562.92 |
| Resident Retention | 0.00 | 0.00 | 16,600.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,284.65 | 9,230.09 | 0.00 | 33,115.19 |
| Resident Events & Entertainment | 293.12 | 91.80 | 0.00 | 0.00 | 0.00 | 0.00 | 13,027.89 | 289.35 | 164.25 | 240.37 | 0.00 | 0.00 | 14,106.78 |
| Resident Referrals | 0.00 | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 |
| Advertising & Marketing | 2,881.82 | 1,712.03 | 19,816.06 | 1,995.26 | 1,979.03 | 2,322.14 | 14,289.94 | 2,186.66 | 10,922.63 | 13,753.20 | 10,680.70 | 3,279.35 | 85,818.82 |
| **Taxes & Insurance** | | | | | | | | | | | | | |
| Property Insurance Expense | 2,150.09 | 2,150.09 | 2,150.09 | 2,150.09 | 2,150.09 | 2,150.09 | 1,960.23 | 1,960.23 | 1,960.23 | 1,960.23 | 1,960.23 | 1,960.23 | 24,661.92 |
| Property Tax Expense | 21,074.52 | 46,203.91 | 45,321.99 | 45,321.99 | 45,321.99 | 45,321.99 | 45,321.99 | 45,321.99 | 45,321.99 | 45,321.99 | 45,321.99 | 45,321.99 | 520,498.33 |

| Account Name | Jan 2019 | Feb 2019 | Mar 2019 | Apr 2019 | May 2019 | Jun 2019 | Jul 2019 | Aug 2019 | Sep 2019 | Oct 2019 | Nov 2019 | Dec 2019 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Taxes & Insurance | 23,224.61 | 48,354.00 | 47,472.08 | 47,472.08 | 47,472.08 | 47,472.08 | 47,282.22 | 47,282.22 | 47,282.22 | 47,282.22 | 47,282.22 | 47,282.22 | 545,160.25 |
| Operating Expenses | 69,960.38 | 97,675.12 | 109,857.94 | 108,442.24 | 104,265.16 | 98,017.48 | 111,442.17 | 131,658.20 | 113,975.18 | 112,183.15 | 103,013.61 | 84,510.54 | 1,245,001.17 |
| Net Operating Income | 54,744.93 | 33,935.47 | 11,016.84 | 18,793.93 | 3,468.73 | 22,947.91 | 10,421.85 | (54,826.85) | (34,484.23) | (10,144.79) | 5,175.47 | 32,579.22 | 93,628.48 |
| **Other Expenses** | | | | | | | | | | | | | |
| Interest/Late Fees | 0.00 | 0.00 | 0.00 | 394.92 | 82.32 | 0.00 | 34.92 | 79.57 | 251.74 | 126.50 | 78.10 | 139.81 | 1,187.88 |
| Prior Year Expenses | 0.00 | 0.00 | 0.00 | 225.98 | 0.00 | 0.00 | 3,166.29 | 361.32 | 3.75 | 0.00 | 0.00 | 0.00 | 3,757.34 |
| **Management Fees** | | | | | | | | | | | | | |
| Property Management Fees | 3,779.62 | 3,690.76 | 3,793.57 | 3,744.57 | 3,229.05 | 3,704.54 | 3,772.68 | 2,446.16 | 2,655.10 | 3,194.73 | 3,213.33 | 3,359.03 | 40,583.14 |
| Asset Management Fees | 1,259.87 | 1,230.25 | 1,264.52 | 1,248.19 | 1,076.35 | 1,234.85 | 1,257.56 | 815.39 | 885.03 | 1,064.91 | 1,071.11 | 1,119.68 | 13,527.71 |
| Management Fees | 5,039.49 | 4,921.01 | 5,058.09 | 4,992.76 | 4,305.40 | 4,939.39 | 5,030.24 | 3,261.55 | 3,540.13 | 4,259.64 | 4,284.44 | 4,478.71 | 54,110.85 |
| **Other Misc. Expense** | | | | | | | | | | | | | |
| Miscellaneous Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.01 | 0.00 | 0.00 | 3.01 |
| Other Professional Fees | 0.00 | 0.00 | 1,726.50 | 0.00 | 453.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,180.00 |
| Travel & Mileage Reimbursements | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 192.93 | 0.00 | 0.00 | 0.00 | 192.93 | 0.00 | 385.86 |
| Other Misc. Expense | 0.00 | 0.00 | 1,726.50 | 0.00 | 453.50 | 0.00 | 192.93 | 0.00 | 0.00 | 3.01 | 192.93 | 0.00 | 2,568.87 |
| **Capital Expenditures Non-op Expenses** | | | | | | | | | | | | | |
| Furniture/Equipment - Cap Ex | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 24,274.09 | 0.00 | 0.00 | 0.00 | 0.00 | 24,274.09 |
| Repairs/Maintenance - Cap Ex | 885.00 | 0.00 | 0.00 | 4,526.76 | 2,443.40 | 915.44 | 0.00 | 518.72 | 0.00 | 831.07 | 0.00 | 0.00 | 10,120.39 |
| Painting/Carpet/Flooring - Cap Ex | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18,036.61 | 0.00 | 0.00 | 0.00 | 0.00 | 18,036.61 |
| Plumbing - Cap Ex | 683.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,166.56 | 697.22 | 3,547.01 |
| Appliances - Cap Ex | 0.00 | 0.00 | 0.00 | 0.00 | 986.11 | 547.37 | 0.00 | 0.00 | 0.00 | 491.10 | 0.00 | 0.00 | 2,024.58 |
| HVAC - Cap Ex | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,615.60 | 658.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,273.71 |
| Landscaping - Cap Ex | 0.00 | 0.00 | 0.00 | 2,806.80 | 4,475.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,281.97 |
| Cap Ex Reimbursements | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (14,154.42) | 0.00 | 0.00 | 0.00 | (28,254.45) | (32,881.40) | (75,290.27) |
| Capital Expenditures Non-op Expenses | 1,568.23 | 0.00 | 0.00 | 7,333.56 | 7,904.68 | 7,078.41 | (13,496.31) | 42,829.42 | 0.00 | 1,322.17 | (26,087.89) | (32,184.18) | (3,731.91) |
| **Master Lease Expenses** | | | | | | | | | | | | | |
| Master Lease Rent [Accrual; not paid] | 49,619.82 | 50,204.57 | 50,204.57 | 50,204.57 | 50,204.57 | 50,204.57 | 50,204.57 | 50,204.57 | 50,204.57 | 50,204.57 | 50,204.57 | 50,204.57 | 601,870.09 |
| Master Lease Mortgage | 58,461.14 | 80,180.54 | 82,708.61 | 81,571.95 | 82,708.61 | 81,571.95 | 82,518.75 | 82,518.75 | 81,382.09 | 82,518.75 | 81,382.09 | 82,518.75 | 960,041.98 |
| Master Lease Reserve | 2,358.14 | 2,358.14 | 2,358.14 | 2,358.14 | 2,358.14 | 2,358.14 | 2,358.14 | 2,358.14 | 2,358.14 | 2,358.14 | 2,358.14 | 2,358.14 | 28,297.68 |
| Contra - T&I | (23,224.61) | (48,354.00) | (47,472.08) | (47,472.08) | (47,472.08) | (47,472.08) | (47,282.22) | (47,282.22) | (47,282.22) | (47,282.22) | (47,282.22) | (47,282.22) | (545,160.25) |
| Master Lease Expenses | 87,214.49 | 84,389.25 | 87,799.24 | 86,662.58 | 87,799.24 | 86,662.58 | 87,799.24 | 87,799.24 | 86,662.58 | 87,799.24 | 86,662.58 | 87,799.24 | 1,045,049.50 |
| Other Expenses | 93,822.21 | 89,310.26 | 94,583.83 | 99,609.80 | 100,545.14 | 98,680.38 | 82,727.31 | 134,331.10 | 90,458.20 | 93,510.56 | 65,130.16 | 60,233.58 | 1,102,942.53 |
| Net Income | (39,077.28) | (55,374.79) | (83,566.99) | (80,815.87) | (97,076.41) | (75,732.47) | (72,305.46) | (189,157.95) | (124,942.43) | (103,655.35) | (59,954.69) | (27,654.36) | (1,009,314.05) |