# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| NB LOFT VUE, DST, *ET AL.*, | § § | Case No. 21-32292 |
| Debtors. | § § § | (Jointly Administered) |

## NOTICE OF FILING OF PROOF OF UTILITY PAYMENTS

At the conclusion of the October 28-29, 2021 evidentiary hearing on *Fannie Mae's Motion for Relief from the Automatic Stay as to Property of Debtor NB Vue Mac, DST* (Docket No. 89) and *Fannie Mae's Motion for Relief from the Automatic Stay as to Property of Debtor NB Loft Vue, DST* (Docket No. 90), the Court ordered that by November 5, 2021, the Debtors file with the Court and serve on Fannie Mae proof of utility payments on both the Loft Vue and Vue Mac properties through September 2021. Initial documents evidencing such utility payments are attached hereto. The Debtors intend to supplement these disclosures prior to the hearing on November 8, 2021 (particularly with respect to Conserve, which provides water, electric, and sewer to both properties and auto-debits its payments from the Debtors' bank accounts) and provide additional information to the Court concerning the payment of utilities at the properties at the hearing on November 8, 2021.

RESPECTFULLY SUBMITTED this 5th day of November, 2021.

5342951.1

        **MUNSCH HARDT KOPF & HARR, P.C.**

        By: */s/ Thomas Berghman*
            Thomas D. Berghman, Esq.
            Texas Bar No. 24082683
            500 North Akard St., Ste. 3800
            Dallas, Texas 75201
            Telephone: (214) 855-7500
            Facsimile: (214) 978-4375

            tberghman@munsch.com

and

**TUCKER ELLIS LLP**

Thomas R. Fawkes, Esq.
(*pro hac vice*)
233 S. Wacker Dr. Suite 6950
Chicago, Illinois 60606
Telephone:  (312) 256-9425
Facsimile:  (312) 624-6309
thomas.fawkes@tuckerellis.com

*Counsel to the Debtors
and Debtors in Possession*

5342951.1



5342951.1



5342951.1