UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN DISTRICTS OF TEXAS
STEPHEN DOUGLAS STATHAM
TRIAL ATTORNEY
515 Rusk, Suite 3516
Houston, Texas   77002
Telephone: (713) 718-4650
Fax: (713) 718-4670

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| IN RE: | § | CASE NUMBER: |
|---|---|---|
|  | § |  |
| NB LOFT VUE DST | § | 21-32292 (MI) |
| NB VUE MAC DST | § |  |
|  | § |  |
|  | § |  |
| DEBTOR(S) | § | Chapter 11 |

**NOTICE OF UNITED STATES TRUSTEE'S APPOINTMENT OF
<u>RANDY W. WILLIAMS AS CHAPTER 11 TRUSTEE</u>**

*Relates to Order entered at Doc. 147*

TO CREDITORS AND PARTIES IN INTEREST:

YOU ARE NOTIFIED that Kevin M. Epstein, the United States Trustee for Region 7, appointed Randy W. Williams as Chapter 11 Trustee in the above-entitled cases, pursuant to 11 U.S.C. §1104(a) and Fed. R. Bankr. P. 2007.1(c), and provides notice as follows:

1. Pursuant to the rendition of this Court on November 8, 2021, and Order entered on November 10, 2021 [Doc. No. 147] directing the appointment of a chapter 11 Trustee(s), the United States Trustee appointed Randy W. Williams (Williams") of Byman & Associates, LLP, 7924 Broadway, Suite 104, Pearland, Texas, 77581, telephone (281) 884-9768 and email: rww@bymanlaw.com to serve as the Chapter 11 Trustee in the above-entitled case.

2. Pursuant to 11 U.S.C. § 322(b)(2), the United States Trustee has determined that the Chapter 11 Trustee shall post bonds initially set in the amounts of $470,000 in the NB Loft Vue DST case and $260,000 in the NB Vue Mac DST case, with a surety acceptable to the United States Trustee.  The Chapter 11 Trustee shall file the bonds with the Court, and he is not qualified to act as

Chapter 11 Trustee until the bonds are filed, pursuant to 11 U.S.C. § 322(a).  The bonds may require adjustment as the Chapter 11 Trustee collects and liquidates assets of the estate, and the Chapter 11 Trustee is directed to inform the Office of the United States Trustee when changes to the bonds are required or made.

SIGNED on the 16th day of November 2021.

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS

By:/s/ *Stephen D. Statham*
Stephen Douglas Statham
Trial Attorney
Texas Bar No. 19082500/Fed.ID 9191
515 Rusk, Suite 3516
Houston, TX 77002
Telephone: (713) 718-4650
Fax: (713) 718-4670
Cell: (202) 934-4162
Email: Stephen.Statham@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means via ECF transmission or BNC noticing to all Pacer System participants in these bankruptcy cases, on the 16th day of November 2021.

/s/   *Stephen D. Statham*
Stephen D. Statham