United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 16, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER: |
| | § | |
| NB LOFT VUE DST | § | 21-32292 (MI) |
| NB VUE MAC DST | § | |
| | § | |
| DEBTOR(S) | § | (Chapter 11) |

## ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE

The Court having considered the United States Trustee's Application for Order Approving Appointment of Randy W. Williams as Chapter 11 Trustee (the "Application") in the above-entitled chapter 11 bankruptcy case(s), pursuant to the Court's Order entered on November 10, 2021 [Doc. No. 147]. The Court finds that the Application is well taken and, pursuant to 11 U.S.C. § 1104(d), should be approved. It is hereby

ORDERED that the appointment of Randy W. Williams to serve as the chapter 11 trustee is hereby APPROVED. Randy W. Williams shall have the duties specified in 11 U.S.C. § 1106(a), subject to further orders of this Court.

IT IS FURTHER ORDERED that the Chapter 11 Trustee shall, within seven calendar days from the date of his appointment, post bonds with a surety acceptable to the United States Trustee, in the amounts of $470,000 in the NB Loft Vue DST case and $260,000 in the NB Vue Mac DST case.

Signed: November 16, 2021

Marvin Isgur
United States Bankruptcy Judge