IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| NB LOFT VUE, DST, ET AL., | § | CASE NO.: 21-32292 |
| | § | CHAPTER 11 |
| | § | |
| DEBTORS. | § | (JOINTLY ADMINISTERED) |

## CHAPTER 11 TRUSTEE'S REPORT OF SALE

**TO THE HONORABLE U. S. BANKRUPTCY JUDGE, MARVIN ISGUR:**

COMES NOW, Randy W. Williams, Trustee for the estate of NB LOFT VUE, DST, ET AL., ("Trustee") and files this *Report of Sale*. The Trustee sold 3120 Forest Park Blvd., Fort Worth, TX  76110 (the "Forest Park Property") to HilMar Investments, LLC pursuant to that certain Order Approving (I) Sale of Substantially all of the NB Loft Vue, DST Assets Free and Clear of Liens, Claims, and Encumbrances; (II) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale; (III) Rejection  (To the Extent Necessary) of Certain Contracts and Leases; And (IV) Authorizing the Trustee to Consummate all Transactions Related to the Above [Docket No. 245].  The contract sales price was $14,350,000.00.  The net proceeds from the sale were $117,392.94.  The Settlement Statement is attached as **Exhibit A.**

Dated:  May 25, 2022

Respectfully submitted,

 */s/ Randy W. Williams*
Randy W. Williams, Trustee
State Bar No. 21566850
7924 Broadway, Suite 104

Pearland, TX 77581<br>
832.884.9262

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing *Trustee's Report of Sale*, has been sent to the office of the U.S. Trustee, 515 Rusk, Suite 3516, Houston, Texas 77002 by United States first class on this the 25th day of May, 2022, unless served via ECF at the time of filing.

*/s/ Randy W. Williams*
Randy W. Williams